AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **DELAWARE**

Linear Technology Corporation,  )
                                )
            Plaintiff,           )
                                )
    v.                           )   **SUMMONS IN A CIVIL ACTION**
                                )
Monolithic Power Systems, Inc.,  )   CASE NUMBER:   06 - 476
                                )
            Defendant.           )
                                )
                                )

TO:  Monolithic Power Systems, Inc.
     c/o The Corporation Trust Company
     Corporation Trust Center
     1209 Orange Street
     Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY:

Karen Jacobs Louden (#2881)
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, P.O. Box 1347
Wilmington, DE  19899-1347

an answer to the Complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                             AUG 0 3 2006
―――――――――――――――                             ―――――――――――――
CLERK                                       DATE

[signature]
―――――――――――――――
BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE August 3, 2006 |
| NAME OF SERVER *(PRINT)* Aaron Johnston | TITLE Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service made upon defendant c/o The Corporation Trust Company at 3:00 p.m.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Aug 3, 2006
             *Date*           *Signature of Server*

1201 N. Market St, Wilmington DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.