IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, | )<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) C. A. No. 06-0476-GMS<br>) |
| MONOLITHIC POWER SYSTEMS INC., | )<br>)<br>) |
| Defendant. | ) |

### STIPULATION FOR EXTENSION OF TIME

Plaintiff and Defendant hereby stipulate, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action is extended to September 13, 2006.

This extension is sought by Defendant to accommodate vacation schedules and to investigate the claims brought by Plaintiff.

| MORRIS, NICHOLS, ARSHT & TUNNELL | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Karen Jacobs Louden<br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Tel: (302) 658-9200<br>kjlefiling@mnat.com | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>Kenneth L. Dorsney (#3726)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, Delaware 19889-0951<br>Telephone: (302) 984-6000<br>rhorwitz@potteranderson.com<br>kdorsney@potteranderson.com |
| *Attorney for Plaintiff*<br>*Linear Technology Corporation* | *Attorneys for Defendant*<br>*Monolithic Power Systems Inc.* |

IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

744584