IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | |
| Plaintiff, | ) | **PUBLIC VERSION** |
| | ) | |
| v. | ) | C.A. No. 06-476 (GMS) |
| | ) | |
| MONOLITHIC POWER SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**LINEAR TECHNOLOGY CORPORATION'S MOTION TO STRIKE
DEFENDANT'S AFFIRMATIVE DEFENSES OF INVALIDITY AND
UNENFORCEABILITY UNDER FED. R. CIV. P. 12(f) OR, IN THE ALTERNATIVE,
FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(c)**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware  19899
(302) 658-9200
  Attorneys for plaintiff Linear Technology
  Corporation

OF COUNSEL:

Raphael V. Lupo
Joel M. Freed
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005
(202) 756-8000

Original Version Filed October 2, 2006
Redacted Version Filed October 4, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LINEAR TECHNOLOGY CORP.,           )
                                   )
                Plaintiff,         )        **PUBLIC VERSION**
                                   )
        v.                         )        C.A. No. 06-476 (GMS)
                                   )
MONOLITHIC POWER SYSTEMS, INC., )
                                   )
                Defendant.         )

**LINEAR TECHNOLOGY CORPORATION'S MOTION TO STRIKE
DEFENDANT'S AFFIRMATIVE DEFENSES OF INVALIDITY AND
UNENFORCEABILITY UNDER FED. R. CIV. P. 12(f) OR, IN THE ALTERNATIVE,
FOR JUDGMENT ON THE PLEADINGS UNDER FED. R. CIV. P. 12(c)**

Plaintiff Linear Technology Corporation ("Linear") hereby moves under Rule 12(f)

of the Federal Rules of Civil Procedure to strike defendant Monolithic Power System, Inc.'s

("Monolithic") Fourth, Fifth, and Ninth Defenses for invalidity and unenforceability.

**REDACTED**

In the alternative, Linear moves under Rule 12(c) of the Federal Rules of Civil

Procedure for judgment in its favor on those defenses. The grounds for this motion are set forth in

Linear's opening brief, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware  19899
(302) 658-9200
  Attorneys for plaintiff Linear Technology
  Corporation

OF COUNSEL:

Raphael V. Lupo
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005
(202) 756-8000


October 4, 2006

539688

<u>**CERTIFICATE OF SERVICE**</u>

I, the undersigned, hereby certify that on October 4, 2006 I electronically filed the

foregoing Answer and Counterclaims with the Clerk of the Court using CM/ECF, which will

send notification of such filing(s) to the following:

> Richard L. Horwitz
> POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on October 4, 2004 upon the

following in the manner indicated:

> <u>**BY HAND AND EMAIL**</u>
>
> Richard L. Horwitz
> POTTER ANDERSON & CORROON LLP
> 1313 North Market Street
> P.O. Box 951
> Wilmington, DE  19899
>
> <u>**BY EMAIL**</u>
>
> Dean G. Dunlavey
> Mark A. Flagel
> Robert Steinberg
> Rosslyn Stevens Hummer
> LATHAM & WATKINS
> 633 West Fifth Street, Ste. 400
> Los Angeles, CA  90071

> */s/ Karen Jacobs Louden*
> klouden@mnat.com