IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORP., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONOLITHIC POWER SYSTEMS, INC., )<br>)<br>Defendant. ) | C.A. No. 06-476 (GMS) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Joel M. Freed, Ronald J. Pabis, Mark G. Davis, Steven K. Shahida, and Natalia V. Blinkova of the law firm McDermott Will & Emery LLP, 600 13th Street, N.W., Washington, D.C., 20005, and Jimmy Shin of the same law firm at its offices at 3150 Porter Drive, Palo Alto, CA, 94304 to represent plaintiff Linear Technology Corporation in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
   Attorneys for plaintiff Linear Technology
   Corporation

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____     _____
                                                                                            United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the Commonwealth of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: __10-09-06__          _/s/ Joel M. Freed_
                             Joel M. Freed
                             McDermott Will & Emery LLP
                             600 13 Street, N.W.
                             Washington, DC 20005
                             (202) 756-8000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the State of Florida, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: 10/9/06

Ronald J. Pabis
McDermott Will & Emery LLP
600 13 Street, N.W.
Washington, DC 20005
(202) 756-8000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 11 Oct 06

Mark G. Davis
McDermott Will & Emery LLP
600 13 Street, N.W.
Washington, DC 20005
(202) 756-8000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the State of Maryland, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: Oct 6, 2006

Stephen K. Shahida
McDermott Will & Emery LLP
600 13 Street, N.W.
Washington, DC 20005
(202) 756-8000

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 10/6/06

Natalia V. Blinkova
McDermott Will & Emery LLP
600 13 Street, N.W.
Washington, DC 20005
(202) 756-8000

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: Oct. 11, 2006

Jimmy Shin
McDermott Will & Emery LLP
3150 Porter Drive
Palo Alto, CA 94304
(650) 813-5000

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 11, 2006 I electronically filed the foregoing Answer and Counterclaims with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on October 11, 2006 upon the following in the manner indicated:

>**BY HAND AND EMAIL**
>
>Richard L. Horwitz
>POTTER ANDERSON & CORROON LLP
>1313 North Market Street
>P.O. Box 951
>Wilmington, DE  19899
>
>**BY EMAIL**
>
>Dean G. Dunlavey
>Mark A. Flagel
>Robert Steinberg
>Rosslyn Stevens Hummer
>LATHAM & WATKINS
>633 West Fifth Street, Ste. 400
>Los Angeles, CA  90071
>
>
>           /s/    *Karen Jacobs Louden*
>           Karen Jacobs Louden (#2881)
>           klouden@mnat.com