# SEALED DOCUMENT

Case 1:06-cv-00476-GMS   Document 17   Filed 10/16/2006   Page 1 of 1