# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
(302) 351-9227
(302) 425-4681
klouden@mnat.com

October 23, 2006

By E-Filing

Hon. Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    Linear Technology Corporation v. Monolithic
              Power Systems, Inc., C.A. 06-476 (GMS)

Dear Judge Sleet:

      We write to advise that briefing on Linear Technology Corporation's Motion To Strike Defendant's Affirmative Defenses Of Invalidity And Unenforceability Under Fed. R. Civ. P. 12(f), Or, In The Alternative, For Judgment On The Pleadings Under Fed. R. Civ. 12(c) (D.I. 11) is complete. Pursuant to D. Del. L.R. 7.1.4, plaintiff Linear Technology Corporation hereby requests oral argument on this motion.

      Respectfully,

      */s/ Karen Jacobs Louden*

      Karen Jacobs Louden

cc:    Clerk of the Court (by e-filing and hand)
       Richard L. Horwitz, Esq. (by e-filing and hand)
542593