

**Potter
Anderson
& Corroon LLP**

1313 North Market Street
P O Box 951
Wilmington, DE  19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

October 23, 2006

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, DE 19801

> Re:  **Linear Technology Corporation v. Monolithic Power Systems Inc.**
> **C. A. No. 06-476 (GMS)**

Dear Judge Sleet:

We have reviewed Ms. Louden's October 23, 2006 letter requesting oral argument on Linear's Motion to Strike. Although Monolithic Power Systems does not believe oral argument is necessary, we will appear at the Court's convenience if Your Honor believes oral argument would be helpful to resolve the pending motion.

Respectfully submitted,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

cc:    Clerk of the Court (hand delivery)
       Karen Jacobs Louden (via hand delivery)
       Dean G. Dunlavey (via electronic mail)
       Raphael V. Lupo  (via electronic mail)