IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-476 (GMS) |
| ) | |
| v. ) | |
| ) | |
| MONOLITHIC POWER SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) Plaintiff Linear Technology Corporation's First Set Of Requests To Defendant Monolithic Power Systems, Inc. For Production Of Documents And Tangible Things and (2) Plaintiff Linear Technology Corporation's First Set Of Interrogatories To Defendant Monolithic Power Systems, Inc. were caused to be served upon the following on December 28, 2006 in the manner indicated:

**BY HAND AND BY EMAIL**

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801

**BY EMAIL**

Dean G. Dunlavey
Mark A. Flagel
Robert Steinberg
Rosslyn Stevens Hummer
LATHAM & WATKINS
633 West Fifth Street, Ste. 400
Los Angeles, CA 90017

2

    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Leslie A. Polizoti*

    _____
    Jack B. Blumenfeld (#1014)
    Karen Jacobs Louden (#2881)
    Leslie A. Polizoti (#4299)
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE  19899-1347
      *Attorneys for Plaintiff*
      *Linear Technology Corporation*

OF COUNSEL:

Raphael V. Lupo
Joel M. Freed
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC 20005
(202) 756-8000

December 28, 2006

## CERTIFICATE OF SERVICE

I certify that on December 28, 2006, I caused copies of the foregoing NOTICE OF SERVICE to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> POTTER ANDERSON & CORROON LLP

and that on December 28, 2006 I caused copies to be served upon the following in the manner indicated:

### BY HAND & BY EMAIL

> Richard L. Horwitz
> POTTER ANDERSON & CORROON LLP
> 1313 N. Market Street
> Wilmington, DE  19801

### BY EMAIL

> Dean G. Dunlavey
> Mark A. Flagel
> Robert Steinberg
> Rosslyn Stevens Hummer
> LATHAM & WATKINS
> 6533 West Fifth Street, Ste. 400
> Los Angeles, CA  90017

>> */s/ Leslie A. Polizoti*
>> Leslie A. Polizoti (#4299)
>> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>> (302) 658-9200
>> lpolizoti@mnat.com