IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LINEAR TECHNOLOGY CORPORATION,    )
                                  )
            Plaintiff,            )        C.A. No. 06-476 (GMS)
                                  )
        v.                        )
                                  )
MONOLITHIC POWER SYSTEMS, INC.    )
                                  )
            Defendant.            )

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of Initial Disclosures Of Plaintiff Linear Technology Corporation were caused to be served upon the following on January 12, 2007 in the manner indicated:

**BY HAND & BY E-MAIL**

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE  19801

**BY E-MAIL**

Dean G. Dunlavey
Mark A. Flagel
Robert Steinberg
Rosslyn Stevens Hummer
LATHAM & WATKINS
633 West Fifth Street, Ste. 400
Los Angeles, CA  90017

2

                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                        */s/ Leslie A. Polizoti*

                        Jack B. Blumenfeld (#1014)
                        Karen Jacobs Louden (#2881)
                        Leslie A. Polizoti (#4299)
                        1201 N. Market Street
                        P.O. Box 1347
                        Wilmington, DE  19899-1347
                         *Attorneys for Plaintiff*
                         *Linear Technology Corporation*

OF COUNSEL:

Raphael V. Lupo
Joel M. Freed
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC 20005
(202) 756-8000

January 12, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 12, 2007, she caused copies of

the foregoing NOTICE OF SERVICE to be electronically filed with the Clerk of the Court using

CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> POTTER ANDERSON & CORROON LLP

and that on January 12, 2007 she caused copies to be served upon the following in the manner

indicated:

### BY HAND & BY E-MAIL

> Richard L. Horwitz
> POTTER ANDERSON & CORROON LLP
> 1313 N. Market Street
> Wilmington, DE  19801

### BY E-MAIL

> Dean G. Dunlavey
> Mark A. Flagel
> Robert Steinberg
> Rosslyn Stevens Hummer
> LATHAM & WATKINS
> 6533 West Fifth Street, Ste. 400
> Los Angeles, CA  90017

> /s/ Leslie A. Polizoti
> Leslie A. Polizoti (#4299)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> (302) 658-9200
> lpolizoti@mnat.com