IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MONOLITHIC POWER SYSTEMS INC., ) <br> ) <br> Defendant. ) | C. A. No. 06-0476-GMS <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Monolithic Power Systems Inc., hereby certifies that copies of the following documents were caused to be served on January 29, 2007, upon the following attorneys of record at the following addresses as indicated:

DEFENDANT MONOLITHIC POWER SYSTEMS INC.'S RESPONSES
TO PLAINTIFF LINEAR TECHNOLOGY CORPORATION'S FIRST SET
OF INTERROGATORIES

DEFENDANT MONOLITHIC POWER SYSTEMS INC.'S RESPONSES
TO PLAINTIFF LINEAR TECHNOLOGY CORPORATION'S FIRST SET
OF REQUESTS FOR PRODUCTION OF DOCUMENTS

**VIA HAND DELIVERY**

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

**VIA ELECTRONIC MAIL**

Raphael V. Lupo
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
rlupo@mwe.com
madavis@mwe.com
rpabis@mwe.com
sshahida@mwe.com

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By:   */s/ Kenneth L. Dorsney* |
| Dean G. Dunlavey |      Richard L. Horwitz (#2246) |
| Mark A. Flagel |      Kenneth L. Dorsney (#3726) |
| Robert Steinberg |      Hercules Plaza, 6th Floor |
| Rosslyn Stevens Hummer |      1313 North Market Street |
| Latham & Watkins |      Wilmington, Delaware 19889-0951 |
| 633 West Fifth Street, Suite 4000 |      Tel: (302) 984-6000 |
| Los Angeles, CA 90071-2007 |      rhorwitz@potteranderson.com |
| Tel: (213) 485-1234 |      kdorsney@potteranderson.com |
| | |
| Dated: January 29, 2007 | *Attorneys for Defendant* |
| 775094 / 30611 | *Monolithic Power Systems Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on January 29, 2007, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on January 29, 2007, I have Electronically Mailed the documents to the following:

Raphael V. Lupo
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
rlupo@mwe.com
madavis@mwe.com
rpabis@mwe.com
sshahida@mwe.com

By: /s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

750219