IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINEAR TECHNOLOGY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-476 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| MONOLITHIC POWER SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of **1) Plaintiff Linear Technology Corporation's Objections and Responses to Defendant Monolithic Power Systems, Inc.'s First Set of Requests for Production of Documents and Things (Nos. 1-103); and 2) Plaintiff Linear Technology Corporation's Objections and Responses to Defendant Monolithic Power Systems, Inc.'s First Set of Interrogatories (No. 1)** were caused to be served upon the following on January 29, 2007 in the manner indicated:

### BY HAND & BY E-MAIL

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801

### BY E-MAIL

Dean G. Dunlavey
Mark A. Flagel
Robert Steinberg
Rosslyn Stevens Hummer
LATHAM & WATKINS
633 West Fifth Street, Ste. 400
Los Angeles, CA 90017

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Leslie A. Polizoti (#4299)
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
   *Attorneys for Plaintiff*
   *Linear Technology Corporation*

OF COUNSEL:

Raphael V. Lupo
Joel M. Freed
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC 20005
(202) 756-8000

January 29, 2007
718178

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 29, 2007, she caused copies of the foregoing NOTICE OF SERVICE to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> POTTER ANDERSON & CORROON LLP

and that on January 29, 2007 she caused copies to be served upon the following in the manner indicated:

### BY HAND & BY E-MAIL

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801

### BY E-MAIL

Dean G. Dunlavey
Mark A. Flagel
Robert Steinberg
Rosslyn Stevens Hummer
LATHAM & WATKINS
6533 West Fifth Street, Ste. 400
Los Angeles, CA 90017

/s/ Leslie A. Polizoti (#4299)
Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
lpolizoti@mnat.com