IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MONOLITHIC POWER SYSTEMS, INC. ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 06-476 (GMS) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff Linear Technology Corporation's First Supplemental Objections and Responses to Defendant Monolithic Power Systems, Inc.'s First Set of Interrogatories were caused to be served on March 16, 2007, upon the following counsel in the manner indicated:

**BY HAND & BY EMAIL**
Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY EMAIL**
Dean G. Dunlavey
Mark A. Flagel
Robert Steinberg
Rosslyn Stevens Hummer
Latham & Watkins
633 West Fifth Street, Ste. 400
Los Angeles, CA 90017

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200

*Attorneys for Plaintiff*
*Linear Technology Corporation*

*Of Counsel*:
Raphael V. Lupo
Joel M. Freed
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
McDermott Will &Emery LLP
600 13th Street, N.W.
Washington, DC  20005
(202) 756-8000

March 16, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

Richard L. Horwitz
Potter Anderson & Corroon LLP

I further certify that I caused to be served copies of the foregoing document on March 16, 2007 upon the following in the manner indicated:

**BY HAND & BY EMAIL**
Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY EMAIL**
Dean G. Dunlavey
Mark A. Flagel
Robert Steinberg
Rosslyn Stevens Hummer
Latham & Watkins
633 West Fifth Street, Ste. 400
Los Angeles, CA 90017

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (# 2881)
klouden@mnat.com