IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINEAR TECHNOLOGY CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  06-476 (GMS) |
| | ) | |
| MONOLITHIC POWER SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STIPULATION REGARDING LG ENTITIES**

Subject to the approval of the Court, Plaintiff Linear Technology Corporation ("Linear") and Defendant Monolithic Power Systems, Inc. ("MPS") hereby stipulate that:

A. LG Electronics, LG MobileComm and LG Electronics USA, (collectively "LG Entities"), are a "Producing Party" under the terms of the existing Protective Order issued by the Hon. Gregory M. Sleet on February 12, 2007 (D.I. 34, the "Protective Order").

B. Materials produced by the LG Entities in the International Trade Commission investigation entitled *In the Matter of Certain Voltage Regulator Circuits, Components Thereof, And Products Containing Same*, 37-TA-564, will be designated "CONFIDENTIAL-ATTORNEY'S EYES ONLY" under the Protective Order.

C. When either Linear or MPS contemplates disclosing confidential information from the LG Entities to either an individual or Expert pursuant to subsections 5(f), 5(c), or 6(c) of the Protective Order, LG Entities shall have the same notice and objection rights as the opposing party pursuant to subsections 7(a) and 7(b) of the Protective Order.  All limitations of subsections 7(a) and 7(b) of the Protective Order remain fully effective, notwithstanding this agreement.

- 2 -

     D.     The LG Entities shall be permitted to participate in the discussions contemplated by paragraph 14 of the Protective Order. Specifically, the LG entities may join in the discussions to reach an agreement on the handling of documents designated "Confidential" and "Confidential-Attorneys Eyes Only" at trial and if no agreement is reached, the LG Entities may submit a proposal to the Court.

SO ORDERED THIS _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATED AND AGREED TO:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Karen Jacobs Louden* | */s/ Richard L. Horwitz* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Karen Jacobs Louden (#2881) | Kenneth L. Dorsney (#3726) |
| 1201 North Market Street | Hercules Plaza, 6th Floor |
| Wilmington, Delaware 19889 | 1313 North Market Street |
| (302) 659-9200 | Wilmington, Delaware 19889-0951 |
| Attorneys for Linear Technology Corporation | (302) 984-6000 |
|  | Attorneys for Monolithic Power Systems, Inc. |
| OF COUNSEL: | OF COUNSEL: |
| Raphael V. Lupo | Dean G. Dunlavey |
| Joel M. Freed | Mark A. Flagel |
| Mark G. Davis | Sean S. Pak |
| Ronald J. Pabis | Robert Steinberg |
| Stephen K. Shahida | LATHAM & WATKINS LLP |
| MCDERMOTT WILL & EMERY LLP | 633 West Fifth Street, Suite 4000 |
| 600 13th Street, N.W. | Los Angeles, CA 90071 |
| Washington, DC 20005 | (213) 485-1234 |
| (202) 756-8000 |  |

April 26, 2007
812037