## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LINEAR TECHNOLOGY CORPORATION,   )
   )
           Plaintiff,   )
   )
       v.   )   C. A. No. 06-0476-GMS
   )
MONOLITHIC POWER SYSTEMS, INC.,   )   **JURY TRIAL DEMANDED**
   )
          Defendant.   )

### NOTICE OF SERVICE

The undersigned, counsel for Defendant Monolithic Power Systems, Inc., hereby

certifies that copies of the following documents were caused to be served on May 21,

2007, upon the following attorneys of record at the following addresses as indicated:

> MONOLITHIC POWER SYSTEMS, INC.'S PROPOSED CLAIM
> CONSTRUCTIONS
>
> IDENTIFICATION OF INTRINSIC SUPPORT FOR MPS' PROPOSED
> CLAIM CONSTRUCTIONS FOR U.S. PATENT NOS. 5,482,178 AND
> 6,580,258

## VIA ELECTRONIC MAIL

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
klouden@mnat.com

Raphael V. Lupo
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
Joel M. Freed
Jimmy Shin
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
rlupo@mwe.com
madavis@mwe.com
rpabis@mwe.com
sshahida@mwe.com
jfreed@mwe.com
jshin@mwe.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Dean G. Dunlavey
Mark A. Flagel
Robert Steinberg
Sean S. Pak
Latham & Watkins
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Tel: (213) 485-1234

By:    */s/ Kenneth L. Dorsney*
       Richard L. Horwitz (#2246)
       Kenneth L. Dorsney (#3726)
       Hercules Plaza, 6th Floor
       1313 North Market Street
       Wilmington, Delaware 19889-0951
       Tel: (302) 984-6000
       rhorwitz@potteranderson.com
       kdorsney@potteranderson.com

Dated: May 22, 2007
789846 / 30611

*Attorneys for Defendant*
*Monolithic Power Systems, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on May 22, 2007, the foregoing

document was hand delivered to the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification to the registered

attorney(s) of record that the document has been filed and is available for viewing and

downloading:

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on May 22, 2007, I have Electronically Mailed the documents

to the following:

Raphael V. Lupo
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
Joel M. Freed
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
rlupo@mwe.com
madavis@mwe.com
rpabis@mwe.com
sshahida@mwe.com
jfreed@mwe.com

Jimmy Shin
McDermott Will & Emery LLP
3150 Porter Dr.
Palo Alto, CA 94304-1212
jshin@mwe.com

By: _/s/ Kenneth L. Dorsney_
      Richard L. Horwitz
      Kenneth L. Dorsney
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, Delaware 19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      kdorsney@potteranderson.com

750219