IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-476 (GMS) |
| ) | |
| MONOLITHIC POWER SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

### JOINT STIPULATION REGARDING EXPERT DISCOVERY

Plaintiff Linear Technology Corporation ("Linear") and Defendant Monolithic Power Systems, Inc. ("MPS") hereby stipulate that:

A. The parties will not produce and will not seek to discover: expert notes; drafts of expert reports, declarations, or affidavits; communications between experts and counsel in preparation for depositions or court testimony, or in preparation of drafting expert reports, declarations, affidavits, briefs, motion papers, and other pleadings.

B. Notwithstanding paragraph A above, the parties shall be entitled to seek discovery about the content of any communications between any expert and any fact witness at any time, as well as discovery regarding the process undertaken by experts in preparing expert reports, declarations, or affidavits, such as who prepared sections, how much time was spent drafting, how many drafts were prepared, what documents were considered by the expert, who provided such documents, and who the expert spoke with during the course of drafting.

C. Notwithstanding paragraph B above, and consistent with paragraph A above, the parties will not seek discovery into: the substance of or comments made on any drafts of expert

reports, declarations, or affidavits; any proposed edits to them; or any communications with counsel regarding the substance of the opinions expressed in them.

STIPULATED AND AGREED TO:

MORRIS, NICHOLS, ARSHT & TUNNELL LLP     POTTER ANDERSON & CORROON LLP

By:  /s/ Karen Jacobs Louden                              By:  /s/ Kenneth L. Dorsney
     Jack B. Blumenfeld(#1014)                                 Richard L. Horwitz (#2246)
     Karen Jacobs Louden (#2881)                               Kenneth L. Dorsney (#3726)
     1201 North Market Street                                  Hercules Plaza, 6th Floor
     Wilmington, Delaware 19889                                1313 North Market Street
     Tel: (302) 659-9200                                       Wilmington, Delaware 19889-0951
     jblumenfeld@mnat.com                                      Tel: (302) 984-6000
     klouden@mnat.com                                          rhorwitz@potteranderson.com
                                                               kdorsney@potteranderson.com

*Attorneys for Plaintiff*
*Linear Technology Corporation*

*Attorneys for Defendant*
*Monolithic Power Systems, Inc.*

May 22, 2007