IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MONOLITHIC POWER SYSTEMS, INC., ) <br> ) <br> Defendant. ) | C. A. No. 06-0476-GMS <br><br> **JURY TRIAL DEMANDED** |

**JOINT STIPULATION REGARDING PRODUCTION OF ELECTRONIC
ASCII OR EQUIVALENT DEPOSITION TRANSCRIPT FILES**

Subject to the approval of the Court, Plaintiff Linear Technology Corporation ("Linear") and Defendant Monolithic Power Systems, Inc. ("MPS") hereby stipulate that:

WHEREAS, MPS has propounded discovery to Linear for deposition transcripts created in connection with In re Certain Voltage Regulators, Components Thereof and Products Containing Same, ITC Inv. 337-TA-564 (the "'564 Investigation");

WHEREAS, these deposition transcripts contain testimony regarding information that is confidential pursuant to the Protective Order entered in this case and in the '564 Investigation.

WHEREAS, Linear began its production of imaged pages of deposition transcripts from the '564 Investigation on April 3, 2007;

WHEREAS, on April 5, 2007, MPS asked Linear to produce electronically searchable deposition transcripts, in LiveNote or ASCII format;

WHEREAS, Linear is concerned that such a production would jeopardize steps that had been taken to protect its confidential information;

WHEREAS, the parties STIPULATE as follows:

A. Linear will produce ASCII or equivalent electronic files of all deposition transcripts prepared in connection with the '564 Investigation that have been or will be produced in hardcopy form;

B. MPS will and hereby does agree to limit use of the produced ASCII or equivalent electronic files as if designated "Confidential Information, Attorneys Eyes Only" pursuant to the Protective Order entered by the Honorable Gregory M. Sleet on February 12, 2007 (D.I. 34);

C. MPS further agrees that any person with access to these files will immediately mark any paper copies of the produced ASCII or equivalent electronic files upon generation with the legend "Confidential Information, Attorneys Eyes Only" (even if such paper copies are only generated for internal use), and MPS further agrees that any person with access to these files will immediately log each and every occurrence paper copies of the produced ASCII or equivalent electronic files are generated;

D. MPS further agrees that it will not submit paper or electronic copies of the produced ASCII or equivalent electronic files or excerpts thereof to any tribunal, except that text excerpts may be copied for use in this action, to avoid the necessity for retyping such excerpts as long as the document to which the excerpt is copied contains the appropriate confidentiality designation;

E. Nothing in this Stipulation shall be deemed to be an admission that any deposition transcript or portion thereof that is subject to this stipulation is admissible as evidence in this action.

- 3 -

STIPULATED AND AGREED TO:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Karen Jacobs Louden<br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 North Market Street<br>Wilmington, Delaware 19889<br>Tel: (302) 659-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br><br>*Attorneys for Plaintiff*<br>*Linear Technology Corporation* | By: /s/ Kenneth L. Dornsey<br>Richard L. Horwitz (#2246)<br>Kenneth L. Dorsney (#3726)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, Delaware 19889-0951<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>kdorsney@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Monolithic Power Systems, Inc.* |

June 5, 2007

SO ORDERED THIS _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

799453/30611