## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. No. 06-0476-GMS |
| ) | |
| MONOLITHIC POWER SYSTEMS, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant Monolithic Power Systems, Inc., hereby certifies

that copies of the following documents were caused to be served on July 6, 2007, upon the

following attorneys of record at the following addresses as indicated:

DEFENDANT MONOLITHIC POWER SYSTEMS, INC.'S SECOND SET OF
INTERROGATORIES TO PLAINTIFF LINEAR TECHNOLOGY
CORPORATION

DEFENDANT MONOLITHIC POWER SYSTEMS, INC.'S SECOND SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO
PLAINTIFF LINEAR TECHNOLOGY CORPORATION

DEFENDANT MONOLITHIC POWER SYSTEMS, INC.'S SECOND SET OF
REQUESTS FOR ADMISSION TO PLAINTIFF LINEAR TECHNOLOGY
CORPORATION [NOS. 6-20]

### VIA HAND DELIVERY

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
klouden@mnat.com

**VIA ELECTRONIC MAIL**

Raphael V. Lupo
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
Joel M. Freed
Jimmy Shin
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005
rlupo@mwe.com
madavis@mwe.com
rpabis@mwe.com
sshahida@mwe.com
jfreed@mwe.com
jshin@mwe.com

Jimmy Shin
McDermott Will & Emery LLP
3150 Porter Dr.
Palo Alto, CA  94304-1212
jshin@mwe.com


POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Dean G. Dunlavey
Mark A. Flagel
Robert Steinberg
Sean S. Pak
Latham & Watkins
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Tel:  (213) 485-1234

Dated:  July 6, 2007
805821 / 30611

By:    /s/ Kenneth L. Dorsney
        Richard L. Horwitz (#2246)
        Kenneth L. Dorsney (#3726)
        Hercules Plaza, 6th Floor
        1313 North Market Street
        Wilmington, Delaware 19889-0951
        Tel:  (302) 984-6000
        rhorwitz@potteranderson.com
        kdorsney@potteranderson.com

*Attorneys for Defendant*
*Monolithic Power Systems, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on July 6, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 6, 2007, I have Electronically Mailed the document to the following person(s):

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
klouden@mnat.com

Raphael V. Lupo                         Jimmy Shin
Mark G. Davis                           McDermott Will & Emery LLP
Ronald J. Pabis                         3150 Porter Dr.
Stephen K. Shahida                      Palo Alto, CA 94304-1212
Joel M. Freed                           jshin@mwe.com
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
rlupo@mwe.com
madavis@mwe.com
rpabis@mwe.com
sshahida@mwe.com
jfreed@mwe.com

By:  /s/ Kenneth L. Dorsney
     Richard L. Horwitz
     Kenneth L. Dorsney
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware 19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     kdorsney@potteranderson.com

750219