## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINEAR TECHNOLOGY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-476-GMS |
| | ) | |
| MONOLITHIC POWER SYSTEMS, INC., | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## DEFENDANT MONOLITHIC POWER SYSTEMS, INC.'S
## NOTICE OF DEPOSITION OF JOHN ENGLAND

PLEASE TAKE NOTICE that on August 3, 2007 at 9:30 a.m., at the offices of Latham &

Watkins LLP, 140 Scott Drive, Menlo Park, California 94025, or at such other date, time and

place as mutually agreed upon by counsel for the parties, Defendant Monolithic Power Systems,

Inc. ("MPS") will, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, take the

deposition of John England before a notary public or other officer authorized by law to

administer an oath.  The deposition shall be taken by stenographic, audio, video, and/or real-time

transcription (*e.g.*, LiveNote) means and shall continue from day-to-day, legal holidays excepted,

until adjourned by counsel for MPS or completed.

You are invited to attend and cross-examine.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Dean G. Dunlavey
Mark A. Flagel
Robert Steinberg
Sean S. Pak
Latham & Watkins
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Tel: (213) 485-1234

Dated: July 11, 2007
806563 / 30611

By:     */s/ Richard L. Horwitz*
     Richard L. Horwitz (#2246)
     Kenneth L. Dorsney (#3726)
     Hercules Plaza, 6th Floor
     1313 North Market Street
     Wilmington, Delaware 19889-0951
     Tel: (302) 984-6000
     rhorwitz@potteranderson.com
     kdorsney@potteranderson.com

*Attorneys for Defendant*
*Monolithic Power Systems, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on July 11, 2007, the foregoing

document was hand delivered to the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification to the registered

attorney(s) of record that the document has been filed and is available for viewing and

downloading:

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899

I hereby certify that on July 11, 2007, I have Electronically Mailed the documents

to the following:

Raphael V. Lupo                         Jimmy Shin
Mark G. Davis                           McDermott Will & Emery LLP
Ronald J. Pabis                         3150 Porter Dr.
Stephen K. Shahida                      Palo Alto, CA  94304-1212
Joel M. Freed                           jshin@mwe.com
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005
rlupo@mwe.com
madavis@mwe.com
rpabis@mwe.com
sshahida@mwe.com
jfreed@mwe.com

By:  /s/ Richard L. Horwitz
     Richard L. Horwitz
     Kenneth L. Dorsney
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware 19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     kdorsney@potteranderson.com

805822