IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINEAR TECHNOLOGY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-476 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| MONOLITHIC POWER SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of Plaintiff Linear Technology Corporation's Second Supplemental Responses And Objections To Defendant Monolithic Power Systems, Inc.'s First Set Of Interrogatories were caused to be served on July 17, 2007 upon the following counsel in the manner indicated:

### BY HAND

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE  19801

### BY EMAIL

Dean G. Dunlavey
Mark A. Flagel
Robert Steinberg
Rosslyn Stevens Hummer
LATHAM & WATKINS
633 West Fifth Street, Ste. 400
Los Angeles, CA  90017

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
  *Attorneys for Plaintiff*
  *Linear Technology Corporation*

OF COUNSEL:

Raphael V. Lupo
Joel M. Freed
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC 20005
(202) 756-8000

July 17, 2007

2

## CERTIFICATE OF SERVICE

I certify that on July 17, 2007, I caused copies of the foregoing NOTICE OF SERVICE to be electronically with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> POTTER ANDERSON & CORROON LLP

and that on July 17, 2007 I caused copies to be served upon the following in the manner indicated:

### BY HAND & EMAIL

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801

### BY EMAIL

Dean G. Dunlavey
Mark A. Flagel
Robert Steinberg
Rosslyn Stevens Hummer
LATHAM & WATKINS
6533 West Fifth Street, Ste. 400
Los Angeles, CA 90017

/s/ Karen Jacobs Louden
klouden@mnat.com