IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 06-476 (GMS) <br> ) |
| MONOLITHIC POWER SYSTEMS, INC., | ) <br> ) <br> ) |
| Defendant. | ) |

## NOTICE OF SUBPOENA *DUCES TECUM*

**PLEASE TAKE NOTICE** that Siliconix, Inc. has been served with a subpoena *duces tecum* that will require the witness to produce by August 9, 2007 at 9:00 a.m. the documents described in the subpoena *duces tecum*, a true and correct copy of which is attached to this notice and incorporated by reference.

OF COUNSEL:

Dean G. Dunlavey
Mark A. Flagel
Robert Steinberg
Sean S. Pak
LATHAM & WATKINS LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
(213) 485-1234

Dated: July 20, 2007
808177 / 30611

POTTER ANDERSON & CORROON LLP

By: /s/ *Kenneth L. Dorsney*
    Richard L. Horwitz (#2246)
    Kenneth L. Dorsney (#3726)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    Wilmington, Delaware 19889-0951
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

*Attorneys for Defendant*
*Monolithic Power Systems, Inc.*

AO88 (Rev. 12/06) Subpoena in a Civil Case

Issued by the

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF California

Linear Technology Corporation

**SUBPOENA IN A CIVIL CASE**

V.

Monolithic Power Systems, Inc.

Case Number:[1] C.A. No. 06-0476 (GMS)

District of Delaware

TO: Siliconix, Inc., c/o David Eiseman, Esq., Quinn Emanuel Urquhart Oliver & Hedges LLP, 50 California Street, 22nd Floor, San Francisco, CA 94111

[ ] YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

[x] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
See Attachment A

| PLACE | DATE AND TIME |
|---|---|
| Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco CA 94111 | August 9, 2007 |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* PARTNER — Attorney for MPS | July 19, 2007 |

ISSUING OFFICER'S NAME ADDRESS AND TELEPHONE NUMBER
Dean G. Dunlavey, Esq. Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (f), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO-88

| Attorney or Party without Attorney: <br> DEAN G. DUNLAVEY, ESQ. <br> LATHAM & WATKINS LLP <br> 633 WEST FIFTH STREET <br> SUITE 4000 <br> LOS ANGELES, CA 90071 <br> Telephone No: 213-485-1234   FAX No: 213-891-8763 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Defendant | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | |
| Plaintiff: LINEAR TECHNOLOGY CORPORATION | |
| Defendant: MONOLITHIC POWER SYSTEMS, INC. | |

| PROOF OF SERVICE SUBPOENA - CIVIL CASE | Hearing Date: Thu, Aug. 09, 2007 | Time: | Dept/Div: | Case Number: 06-0476 (GMS) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUBPOENA IN A CIVIL CASE

3. a. Party served:       SILICONIX, INC., C/O DAVID EISEMAN, ESQ.
   b. Person served:     Alana Rivera, David Eiseman's personal secretary

4. Address where the party was served:    50 California Street
                                          22nd Floor
                                          SAN FRANCISCO, CA 94111

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 19, 2007 (2) at: 4:56PM
   b. I received this subpena for service on:    Thursday, July 19, 2007

6. Witness fees were not demanded or paid.

7. Person Who Served Papers:                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ROBERT SOLIMO                                         d. The Fee for Service was:
                                                            e. I am: Not a Registered California Process Server

   **First Legal Support Services**
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jul. 19, 2007

   Judicial Council Form                PROOF OF SERVICE                    (ROBERT SOLIMO)
   Rule 982.9.(a)&(b) Rev January 1, 2007    SUBPOENA - CIVIL CASE                              3866271.deadu.76813

## **ATTACHMENT A**

## **DEFINITIONS**

The following Definitions shall apply to Attachment A:

The term "Si9150" shall mean Your voltage converter marketed, and/or developed under a name beginning with "Si9150" including any generation or revision date of the Si9150.

The terms "You" and "Your" shall mean Vishay Siliconix, LLC, and its predecessors (including, but not limited, to Siliconix, Inc.), divisions, assigns, officers, directors, employees, agents, representatives, attorneys, and anyone acting on its behalf.

The phrases "relating to" or "related to" shall mean embodying, pertaining, concerning, involving, constituting, commenting upon, comprising, reflecting, discussing, evidencing, mentioning, referring to, consisting of, responding to, analyzing, criticizing, disclosing, or otherwise discussing the subject of the request.

"Document" as used herein shall mean every form of recording any form of communication or representation upon any tangible thing, including letters, words, pictures, sounds, or symbols, or combinations thereof, whether recorded by handwriting, printing, photostatic, or photographic means, magnetic impulse, tape, computer disk, or any other form of data storage, data compilation, or mechanical or electronic recording, and all other tangible things that come within the meaning of writing contained in Rule 1001 of the Federal Rules of Evidence, or within the meaning of "document" or "tangible thing" contained in Rule 34 of the Federal Rules of Civil Procedure. Every draft, revision, version, or non-identical copy of a "document" is a separate "document" as that term is used herein.

The terms "and" and "or" shall be construed either disjunctively or conjunctively, whichever is broader and renders the requested response fully responsive, understandable, complete, and not misleading.

The term "Applicable Time Period" shall mean January 1, 1990 to December 31, 1993.

The term "Si9155" shall mean Your voltage converter marketed, and/or developed under a name beginning with "Si9155" including any generation or revision date of the Si9155.

The term "Si91XX design" shall mean Your voltage converter design that was developed and was eventually marketed as "Si9150" or Si9155 during the Applicable Time Period.

## DOCUMENT REQUESTS

1. All documents generated during the Applicable Time Period relating to the marketing of the Si9150.

2. All documents generated during the Applicable Time Period relating to the development or testing of the Si9150.

3. All written evidence of applications (including but not limited to application notes) for which the Si9150 was the core regulator generated during the Applicable Time Period.

4. All objective specifications relating to the Si9150, whether in the manner of draft or completed revisions, generated during the Applicable Time Period.

5. All project authorizations relating to the Si9150 generated during the Applicable Time Period.

6. All internal written communications relating to the Si9150, including, but not limited to memoranda and emails, generated during the Applicable Time Period.

7. All written communications with or about potential customers of the Si9150 generated during the Applicable Time Period.

8. All breadboard schematics generated during the Applicable Time Period relating to the Si9150.

9. All circuit schematics relating to the Si9150 that have undergone circuit simulation during the Applicable Time Period.

10. All results of circuit simulation for any circuit schematics relating to the Si9150 that have undergone circuit simulation during the Applicable Time Period.

11. All documents generated during the Applicable Time Period relating to the marketing of the Si9155.

12. All documents generated during the Applicable Time Period relating to the development or testing of the Si9155.

13. All written evidence of applications (including but not limited to application notes) for which the Si9155 was the core regulator generated during the Applicable Time Period.

14. All objective specifications relating to the Si9155, whether in the manner of draft or completed revisions, generated during the Applicable Time Period.

15. All project authorizations relating to the Si9155 generated during the Applicable Time Period.

16. All internal written communications relating to the Si9155, including, but not limited to memoranda and emails, generated during the Applicable Time Period.

17. All written communications with or about potential customers of the Si9155 generated during the Applicable Time Period.

18. All breadboard schematics generated during the Applicable Time Period relating to the Si9155.

19. All circuit schematics relating to the Si9155 that have undergone circuit simulation during the Applicable Time Period.

20. All results of circuit simulation for any circuit schematics relating to the Si9155 that have undergone circuit simulation during the Applicable Time Period.

21. All documents generated during the Applicable Time Period relating to the development of the Si91XX design.

22. All documents generated during the Applicable Time Period relating to the development or testing of the Si91XX design.

23. All written evidence of applications (including but not limited to application notes) for which the circuit that embodied the Si91XX design was the core regulator generated during the Applicable Time Period.

24. All objective specifications relating to the Si91XX design, whether in the manner of draft or completed revisions, generated during the Applicable Time Period.

25. All project authorizations relating to the Si91XX design generated during the Applicable Time Period.

26. All internal written communications relating to the Si91XX design, including, but not limited to memoranda and emails, generated during the Applicable Time Period.

27. All breadboard schematics generated during the Applicable Time Period relating to the Si91XX design.

28. All circuit schematics relating to the Si91XX design that have undergone circuit simulation during the Applicable Time Period.

29. All results of circuit simulation for any circuit schematics relating to the Si91XX design that have undergone circuit simulation during the Applicable Time Period

30. All documents including, but not limited to memoranda, laboratory notebook and emails, generated during the Applicable Time Period and authored by James Blanc.

31. All documents including, but not limited to memoranda, laboratory notebook and emails, generated during the Applicable Time Period and authored by Craig Varga.

32. All documents including, but not limited to memoranda, laboratory notebook and emails, generated during the Applicable Time Period and authored by Lorimer Hill.

33. All documents including, but not limited to memoranda, laboratory notebook and emails, generated during the Applicable Time Period and authored by Robert Blattner.

34. All documents including, but not limited to memoranda, laboratory notebook and emails, generated during the Applicable Time Period and authored by R. L. Bonkowski.

35. All documents including, but not limited to memoranda, laboratory notebook and emails, generated during the Applicable Time Period and authored by Phil Dunning.

36. All documents including, but not limited to memoranda, laboratory notebook and emails, generated during the Applicable Time Period and authored by Tom Toombs.

37. All documents including, but not limited to memoranda, laboratory notebook and emails, generated during the Applicable Time Period and authored by Bill Numann.

38. All documents including, but not limited to memoranda, laboratory notebook and emails, generated during the Applicable Time Period and authored by Richard Williams.

39. All documents related to the Si9150or Si9155 in Your possession and control and generated during the Applicable Time Period by Your customers or potential customers.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on July 20, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 20, 2007, I have Electronically Mailed the document to the following person(s):

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
klouden@mnat.com

Raphael V. Lupo
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
Joel M. Freed
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
rlupo@mwe.com
madavis@mwe.com
rpabis@mwe.com
sshahida@mwe.com
jfreed@mwe.com

Jimmy Shin
McDermott Will & Emery LLP
3150 Porter Dr.
Palo Alto, CA 94304-1212
jshin@mwe.com

By: /s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

750219 / 30611