IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MONOLITHIC POWER SYSTEMS, INC., ) <br> ) <br> Defendant. ) | C.A. No. 06-476-GMS <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT MONOLITHIC POWER SYSTEMS, INC.'S
<u>NOTICE OF DEPOSITION OF DAVID BELL</u>**

PLEASE TAKE NOTICE that on August 17, 2007 at 1:30 p.m., at the offices of Latham & Watkins LLP, 140 Scott Drive, Menlo Park, California 94025, Defendant Monolithic Power Systems, Inc. ("MPS") will, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, take the deposition of David Bell before a notary public or other officer authorized by law to administer an oath. The deposition shall be taken by stenographic, audio, video, and/or real-time transcription (*e.g.*, LiveNote) means and shall continue from day-to-day, legal holidays excepted, until adjourned by counsel for MPS or completed.

You are invited to attend and cross-examine.

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| | By:  /s/ Kenneth L. Dornsey |
| Dean G. Dunlavey | Richard L. Horwitz (#2246) |
| Mark A. Flagel | Kenneth L. Dorsney (#3726) |
| Robert Steinberg | Hercules Plaza, 6th Floor |
| Sean S. Pak | 1313 North Market Street |
| Latham & Watkins | Wilmington, Delaware 19889-0951 |
| 633 West Fifth Street, Suite 4000 | Tel:  (302) 984-6000 |
| Los Angeles, CA 90071-2007 | rhorwitz@potteranderson.com |
| Tel:  (213) 485-1234 | kdorsney@potteranderson.com |
| Dated:  August 2, 2007 | *Attorneys for Defendant* |
| 810466 / 30611 | *Monolithic Power Systems, Inc.* |

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on August 2, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 2, 2007, I have Electronically Mailed the document to the following person(s):

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
klouden@mnat.com

Raphael V. Lupo
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
Joel M. Freed
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
rlupo@mwe.com
madavis@mwe.com
rpabis@mwe.com
sshahida@mwe.com
jfreed@mwe.com

Jimmy Shin
McDermott Will & Emery LLP
3150 Porter Dr.
Palo Alto, CA 94304-1212
jshin@mwe.com

By: /s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

750219