IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-476-GMS |
| ) | |
| MONOLITHIC POWER SYSTEMS, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

**DEFENDANT MONOLITHIC POWER SYSTEMS, INC.'S
<u>NOTICE OF DEPOSITION OF TONY ARMSTRONG</u>**

PLEASE TAKE NOTICE that on August 20, 2007 at 9:30 a.m., at the offices of Latham & Watkins LLP, 140 Scott Drive, Menlo Park, California 94025, Defendant Monolithic Power Systems, Inc. ("MPS") will, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, take the deposition of Tony Armstrong before a notary public or other officer authorized by law to administer an oath. The deposition shall be taken by stenographic, audio, video, and/or real-time transcription (*e.g.*, LiveNote) means and shall continue from day-to-day, legal holidays excepted, until adjourned by counsel for MPS or completed.

You are invited to attend and cross-examine.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Dean G. Dunlavey<br>Mark A. Flagel<br>Robert Steinberg<br>Sean S. Pak<br>Latham & Watkins<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007<br>Tel: (213) 485-1234 | By:  /s/ Kenneth L. Dornsey<br>Richard L. Horwitz (#2246)<br>Kenneth L. Dorsney (#3726)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, Delaware 19889-0951<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>kdorsney@potteranderson.com |
| Dated: August 2, 2007<br>810468 / 30611 | *Attorneys for Defendant*<br>*Monolithic Power Systems, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on August 2, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 2, 2007, I have Electronically Mailed the document to the following person(s):

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
klouden@mnat.com

| | |
|---|---|
| Raphael V. Lupo<br>Mark G. Davis<br>Ronald J. Pabis<br>Stephen K. Shahida<br>Joel M. Freed<br>McDermott Will & Emery LLP<br>600 13th Street, N.W.<br>Washington, DC 20005<br>rlupo@mwe.com<br>madavis@mwe.com<br>rpabis@mwe.com<br>sshahida@mwe.com<br>jfreed@mwe.com | Jimmy Shin<br>McDermott Will & Emery LLP<br>3150 Porter Dr.<br>Palo Alto, CA 94304-1212<br>jshin@mwe.com |

By: /s/ *Kenneth L. Dorsney*
Richard L. Horwitz
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

750219