IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 06-0476-GMS ) |
| MONOLITHIC POWER SYSTEMS, INC., | ) **JURY TRIAL DEMANDED** ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Monolithic Power Systems, Inc., hereby certifies that copies of the following documents were caused to be served on August 3, 2007, upon the following attorneys of record at the following addresses as indicated:

MONOLITHIC POWER SYSTEMS, INC.'S OBJECTIONS AND RESPONSES
TO LINEAR TECHNOLOGY CORPORATION'S FIRST NOTICE OF
DEPOSITION UNDER FED. R. CIV. P 30(b)(6) OF DEFENDANT
MONOLITHIC POWER SYSTEMS, INC.

**VIA HAND DELIVERY**

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
klouden@mnat.com

**VIA ELECTRONIC MAIL**

Raphael V. Lupo  
Mark G. Davis  
Ronald J. Pabis  
Stephen K. Shahida  
Joel M. Freed  
McDermott Will & Emery LLP  
600 13th Street, N.W.  
Washington, DC 20005  
rlupo@mwe.com  
madavis@mwe.com  
rpabis@mwe.com  
sshahida@mwe.com  
jfreed@mwe.com  

Jimmy Shin  
McDermott Will & Emery LLP  
3150 Porter Dr.  
Palo Alto, CA 94304-1212  
jshin@mwe.com  

OF COUNSEL:

Dean G. Dunlavey  
Mark A. Flagel  
Robert Steinberg  
Sean S. Pak  
Latham & Watkins  
633 West Fifth Street, Suite 4000  
Los Angeles, CA 90071-2007  
Tel: (213) 485-1234  

Dated: August 3, 2007  
810758 / 30611

POTTER ANDERSON & CORROON LLP

By:  /s/ Kenneth L. Dorsney
　　　Richard L. Horwitz (#2246)  
　　　Kenneth L. Dorsney (#3726)  
　　　Hercules Plaza, 6th Floor  
　　　1313 North Market Street  
　　　Wilmington, Delaware 19889-0951  
　　　Tel: (302) 984-6000  
　　　rhorwitz@potteranderson.com  
　　　kdorsney@potteranderson.com  

*Attorneys for Defendant*  
*Monolithic Power Systems, Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on August 3, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on August 3, 2007, I have Electronically Mailed the document to the following person(s):

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
klouden@mnat.com

Raphael V. Lupo
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
Joel M. Freed
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
rlupo@mwe.com
madavis@mwe.com
rpabis@mwe.com
sshahida@mwe.com
jfreed@mwe.com

Jimmy Shin
McDermott Will & Emery LLP
3150 Porter Dr.
Palo Alto, CA 94304-1212
jshin@mwe.com

By: /s/ Kenneth L. Dorsney
Richard L. Horwitz
Kenneth L. Dorsney
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

750219