IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONOLITHIC POWER SYSTEMS, INC. )<br>)<br>Defendant. )<br>) | C.A. No. 06-476 (GMS) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for expert discovery set forth in paragraph 6 of the Court's January 30, 2007 Scheduling Order (D.I. 30) is hereby extended as follows:

Expert discovery in this case shall be initiated so that it will be completed on or before December 7, 2007 (extended from November 9, 2007). Opening expert reports of the party bearing the burden of proof shall be served on October 1, 2007 (extended from September 10, 2007) and answering expert reports shall be served on November 1, 2007 (extended from October 10, 2007).

The parties request this extension to allow them additional time to complete expert discovery. These extensions will not affect any other deadlines in the case.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
| */s/ Karen Jacobs Louden* | */s/ Kenneth L. Dorsney* |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>klouden@mnat.com<br>1201 North Market Street<br>Wilmington, Delaware 19889<br>(302) 659-9200<br>Attorneys for Linear Technology Corporation | Richard L. Horwitz (#2246)<br>Kenneth L. Dorsney (#3726)<br>kdorsney@potteranderson.com<br>1313 North Market Street<br>Wilmington, Delaware 19889-0951<br>(302) 984-6000<br>Attorneys for Monolithic Power Systems, Inc. |
| OF COUNSEL:<br>Raphael V. Lupo<br>Joel M. Freed<br>Mark G. Davis<br>Ronald J. Pabis<br>Stephen K. Shahida<br>MCDERMOTT WILL & EMERY LLP<br>600 13th Street, N.W.<br>Washington, DC 20005<br>(202) 756-8000 | OF COUNSEL:<br>Dean G. Dunlavey<br>Mark A. Flagel<br>Sean S. Pak<br>Robert Steinberg<br>LATHAM & WATKINS LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071<br>(213) 485-1234 |

SO ORDERED THIS _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

August 8, 2007
1201729