IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MONOLITHIC POWER SYSTEMS, INC., ) <br> ) <br> Defendant. ) | C.A. No. 06-476-GMS <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Monolithic Power Systems, Inc., hereby certifies that copies of the following documents were caused to be served on October 1, 2007, upon the following attorneys of record at the following addresses as indicated:

> OPENING EXPERT REPORT OF DEFENDANT MONOLITHIC POWER SYSTEMS, INC.'S EXPERT: DR. THOMAS SZEPESI

**VIA ELECTRONIC MAIL**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
JBlumenfeld@MNAT.com
klouden@MNAT.com

Raphael V. Lupo
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
Joel M. Freed
Natalia V. Blinkova
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
rlupo@mwe.com
madavis@mwe.com
rpabis@mwe.com
sshahida@mwe.com
jfreed@mwe.com
nblinkova@mwe.com

Jimmy Shin
McDermott Will & Emery LLP
3150 Porter Dr.
Palo Alto, CA 94304-1212
jshin@mwe.com

OF COUNSEL:

Dean G. Dunlavey
Mark D. Kachner
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: (714) 540-1235

Mark A. Flagel
Robert Steinberg
Sean S. Pak
Latham & Watkins
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Tel: (213) 485-1234

David McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Tel: 312-777-7316

Dated: October 2, 2007
822471 / 30611

POTTER ANDERSON & CORROON LLP

By: /s/ Kenneth L. Dorsney
Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19889-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

*Attorneys for Defendant
Monolithic Power Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on October 2, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 2, 2007, I have Electronically Mailed the document to the following person(s):

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
klouden@mnat.com

| | |
|---|---|
| Raphael V. Lupo<br>Mark G. Davis<br>Ronald J. Pabis<br>Stephen K. Shahida<br>Joel M. Freed<br>McDermott Will & Emery LLP<br>600 13th Street, N.W.<br>Washington, DC 20005<br>rlupo@mwe.com<br>madavis@mwe.com<br>rpabis@mwe.com<br>sshahida@mwe.com<br>jfreed@mwe.com | Jimmy Shin<br>McDermott Will & Emery LLP<br>3150 Porter Dr.<br>Palo Alto, CA 94304-1212<br>jshin@mwe.com |

By: /s/ Kenneth L. Dorsney
    Richard L. Horwitz
    Kenneth L. Dorsney
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

750219