IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.                              ) | C.A. No. 06-476-GMS |
| ) | |
| MONOLITHIC POWER SYSTEMS, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Monolithic Power Systems, Inc., hereby certifies that copies of the following documents were caused to be served on November 1, 2007, upon the following attorneys of record at the following addresses as indicated:

ANSWERING EXPERT REPORT OF DEFENDANT MONOLITHIC POWER SYSTEMS, INC.'S EXPERT: DR. THOMAS SZEPESI

## VIA ELECTRONIC MAIL

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com

Raphael V. Lupo
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
Joel M. Freed
Natalia V. Blinkova
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
rlupo@mwe.com
madavis@mwe.com
rpabis@mwe.com
sshahida@mwe.com
jfreed@mwe.com
nblinkova@mwe.com

Jimmy Shin
McDermott Will & Emery LLP
3150 Porter Dr.
Palo Alto, CA 94304-1212
jshin@mwe.com


OF COUNSEL:                                POTTER ANDERSON & CORROON LLP

Dean G. Dunlavey
Mark D. Kachner                            By:   /s/ Kenneth L. Dorsney
Latham & Watkins LLP                             Richard L. Horwitz (#2246)
650 Town Center Drive, 20th Floor                Kenneth L. Dorsney (#3726)
Costa Mesa, CA 92626-1925                        Hercules Plaza, 6th Floor
Tel: (714) 540-1235                              1313 North Market Street
                                                 Wilmington, Delaware 19889-0951
Mark A. Flagel                                   Tel: (302) 984-6000
Robert Steinberg                                 rhorwitz@potteranderson.com
Sean S. Pak                                      kdorsney@potteranderson.com
Latham & Watkins
633 West Fifth Street, Suite 4000          *Attorneys for Defendant*
Los Angeles, CA 90071-2007                 *Monolithic Power Systems, Inc.*
Tel: (213) 485-1234

David McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Tel: 312-777-7316

Dated: November 2, 2007
829416/30611

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on November 2, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 2, 2007, I have Electronically Mailed the document to the following person(s):

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
klouden@mnat.com

Raphael V. Lupo
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
Joel M. Freed
Natalia V. Blinkova
Matthew G. Cunningham
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
rlupo@mwe.com
madavis@mwe.com
rpabis@mwe.com
sshahida@mwe.com
jfreed@mwe.com
nblinkova@mwe.com
mcunningham@mwe.com

Jimmy Shin
McDermott Will & Emery LLP
3150 Porter Dr.
Palo Alto, CA 94304-1212
jshin@mwe.com

By:   */s/ Kenneth L. Dorsney*
     Richard L. Horwitz
     Kenneth L. Dorsney
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, Delaware 19899-0951
     (302) 984-6000
     rhorwitz@potteranderson.com
     kdorsney@potteranderson.com

750219

By:   */s/ Kenneth L. Dorsney*