IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-476 (GMS) |
| ) | |
| MONOLITHIC POWER SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Confidential Rebuttal Expert Report of Robert Blauschild* were caused to be served on November 1, 2007, upon the following counsel in the manner indicated:

**BY EMAIL**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY EMAIL**

Mark A. Flagel
Robert Steinberg
Sean Pak
Latham & Watkins
633 West Fifth Street, Ste. 400
Los Angeles, CA 90017

Dean G. Dunlavey
Mark Kachner
Latham & Watkins LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925

David McKone
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago IL 60606

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          */s/ James W. Parrett, Jr. (#4292)*
                          _____
                          Jack B. Blumenfeld (#1014)
                          Karen Jacobs Louden (#2881)
                          James W. Parrett, Jr. (#4292)
                          1201 N. Market Street
                          P.O. Box 1347
                          Wilmington, DE  19899-1347
                          (302) 658-9200

                          *Attorneys for Plaintiff*
OF COUNSEL:                  *Linear Technology Corporation*

Raphael V. Lupo
Joel M. Freed
Mark G. Davis
Ronald J. Pabis
Matthew G. Cunningham
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC  20005
(202) 756-8000

Dated: November 2, 2007
1305274

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard L. Horwitz.

I further certify that I caused to be served copies of the foregoing document on November 2, upon the following in the manner indicated:

**BY EMAIL**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY EMAIL**

Mark A. Flagel
Robert Steinberg
Sean Pak
Latham & Watkins
633 West Fifth Street, Ste. 400
Los Angeles, CA 90017

Dean G. Dunlavey
Mark Kachner
Latham & Watkins LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925

David McKone
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago IL 60606

*/s/ James W. Parrett, Jr. (#4292)*

James W. Parrett, Jr. (#4292)
jparrett@mnat.com

1305274