IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION ) | |
| ) | C.A. No. 06-476-GMS |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEMAND FOR JURY TRIAL** |
| ) | |
| MONOLITHIC POWER SYSTEMS, INC. ) | **CONFIDENTIAL-** |
| ) | **ATTORNEYS' EYES ONLY** |
| Defendant. ) | |

**MONOLITHIC POWER SYSTEMS, INC.'S
SECOND SUPPLEMENTAL NON-INFRINGEMENT CLAIM CHARTS**

Monolithic Power Systems, Inc. ("MPS") provides its supplemental claim charts on non-infringement relating to the claims of United States Patent Nos. 5,481,178 and 6,580,258 that Linear Technology Corporation asserted against the MP1543 in its Third Supplemental Responses And Objections To MPS's First Set Of Interrogatories, served on October 1, 2007.

MPS's claim charts are based on the information now reasonably available to it. MPS has not completed its investigation of the facts in this case. MPS reserves the right to amend these non-infringement claim charts at any time, as discovery proceeds.

The Court has not yet construed the claim terms in the asserted claims. Accordingly, MPS's non-infringement contentions necessarily are preliminary and based in part on MPS's expectations as to how the claim terms will be construed. MPS's non-infringement contentions do not include information that may in the future be elicited or developed by its ongoing investigation, review, analysis, discovery, claim construction and trial preparation.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Dean G. Dunlavey<br>Mark D. Kachner<br>Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925<br>Tel: (714) 540-1235 | By: /s/ Kenneth L. Dorsney<br>Richard L. Horwitz (#2246)<br>Kenneth L. Dorsney (#3726)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, Delaware 19889-0951<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>kdorsney@potteranderson.com |
| Mark A. Flagel<br>Robert Steinberg<br>Sean S. Pak<br>Latham & Watkins<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007<br>Tel: (213) 485-1234 | *Attorneys for Defendant*<br>*Monolithic Power Systems, Inc.* |

David McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Tel: 312-777-7316

Dated: November 7, 2007
830429 / 30611

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kenneth L. Dorsney, hereby certify that on November 7, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 7, 2007, I have Electronically Mailed the document to the following person(s):

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
klouden@mnat.com

Raphael V. Lupo
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
Joel M. Freed
Natalia V. Blinkova
Matthew G. Cunningham
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
rlupo@mwe.com
madavis@mwe.com
rpabis@mwe.com
sshahida@mwe.com
jfreed@mwe.com
nblinkova@mwe.com
mcunningham@mwe.com

Jimmy Shin
McDermott Will & Emery LLP
3150 Porter Dr.
Palo Alto, CA 94304-1212
jshin@mwe.com

By: /s/ Kenneth L. Dorsney
    Richard L. Horwitz
    Kenneth L. Dorsney
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

750219