IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-476 (GMS) |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| MONOLITHIC POWER SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**MONOLITHIC POWER SYSTEMS' MOTION FOR SUMMARY JUDGMENT
OF NO BREACH OF CONTRACT (COUNT ONE)**

Defendant Monolithic Power Systems, Inc. ("MPS") hereby moves for summary judgment as to Count One of Plaintiff Linear Technology Corporation's complaint, which alleges that MPS breached the parties' September 2005 Settlement and License Agreement. The grounds for this Motion are fully set forth in MPS's Opening Brief in Support of its Motion for Summary Judgment of No Breach of Contract (Count One) and related papers filed contemporaneously herewith.

Respectfully submitted,

OF COUNSEL:

Dean G. Dunlavey
Mark D. Kachner
Latham & Watkins LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: (714) 540-1235

Mark A. Flagel
Robert Steinberg
Sean S. Pak
Latham & Watkins
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Tel: (213) 485-1234

POTTER ANDERSON & CORROON LLP

By:  /s/ Kenneth L. Dorsney
Richard L. Horwitz (#2246)
Kenneth L. Dorsney (#3726)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, Delaware 19889-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
kdorsney@potteranderson.com

*Attorneys for Defendant
Monolithic Power Systems, Inc.*

David McKone
Latham & Watkins LLP
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606
Tel: (312) 777-7316

Dated: November 26, 2007
833687 / 30611

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on November 26, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 26, 2007, I have Electronically Mailed the document to the following person(s):

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
klouden@mnat.com

Raphael V. Lupo
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
Joel M. Freed
Natalia V. Blinkova
Matthew G. Cunningham
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
rlupo@mwe.com
madavis@mwe.com
rpabis@mwe.com
sshahida@mwe.com
jfreed@mwe.com
nblinkova@mwe.com
mcunningham@mwe.com

Jimmy Shin
McDermott Will & Emery LLP
3150 Porter Dr.
Palo Alto, CA 94304-1212
jshin@mwe.com

By: */s/ Kenneth L. Dorsney*
    Richard L. Horwitz
    Kenneth L. Dorsney
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

750219

2

By: */s/ Kenneth L. Dorsney*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 06-476 (GMS) |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| MONOLITHIC POWER SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

Having considered Monolithic Power Systems, Inc.'s Motion for Summary Judgment of No Breach of Contract (Count One) in the above-captioned case,

IT IS HEREBY ORDERED this _____ day of _____, 200__ that the Motion is GRANTED.

_____
United States District Judge

1

|OC\922822.1|