IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINEAR TECHNOLOGY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-476 (GMS) |
| | ) | |
| MONOLITHIC POWER SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**LINEAR TECHNOLOGY CORPORATION'S MOTION FOR
SUMMARY JUDGMENT ON CONTRACT
<u>INTERPRETATION AND BREACH OF CONTRACT</u>**

Pursuant to Fed. R. Civ. P. 56(c), plaintiff Linear Technology Corporation ("Linear") hereby moves for summary judgment on contract interpretation and breach of contract. The grounds for Linear's motion are set forth in its opening brief and declaration filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Karen Jacobs Louden*

---

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  *Attorneys for Plaintiff Linear Technology
  Corporation*

OF COUNSEL:

Raphael V. Lupo
Joel M. Freed
Mark G. Davis
Ronald J. Pabis
Matthew G. Cunningham
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC 20005
(202) 756-8000

November 26, 2007
1321098

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Richard L. Horwitz.

I further certify that I caused to be served copies of the foregoing document on November 26, upon the following in the manner indicated:

**BY HAND AND EMAIL**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
Wilmington, DE 19801

**BY EMAIL**

Mark A. Flagel
Robert Steinberg
Sean Pak
Latham & Watkins
633 West Fifth Street, Ste. 400
Los Angeles, CA 90017

Dean G. Dunlavey
Mark Kachner
Latham & Watkins LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925

David McKone
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago IL 60606

*/s/ Karen Jacobs Louden*
_____
klouden@mnat.com