IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINEAR TECHNOLOGY CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-476 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| MONOLITHIC POWER SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Supplemental Expert Report – Robert Blauschild* were caused to be served on November 27, 2007 upon the following counsel in the manner indicated:

### BY EMAIL

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE  19801

Mark A. Flagel
Robert Steinberg
Sean Pak
LATHAM & WATKINS
633 West Fifth Street, Ste. 400
Los Angeles, CA  90017

Dean G. Dunlavey
Mark Kachner
LATHAM & WATKINS
650 Town Center Dr., 20th Floor
Costa Mesa, CA  92626

David McKone
LATHAM & WATKINS
Sears Tower, Ste. 5800
233 South Wacker Dr.
Chicago, IL  60606

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
  *Attorneys for Plaintiff*
  *Linear Technology Corporation*

OF COUNSEL:

Raphael V. Lupo
Joel M. Freed
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC 20005
(202) 756-8000

November 28, 2007

969906

## CERTIFICATE OF SERVICE

I certify that on November 28, 2007, I caused copies of the foregoing to be electronically with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>POTTER ANDERSON & CORROON LLP

and that on November 28, 2007 I caused copies to be served upon the following in the manner indicated:

### BY HAND & EMAIL

Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
1313 N. Market Street
Wilmington, DE 19801

### BY EMAIL

Dean G. Dunlavey
Mark A. Flagel
Robert Steinberg
Sean Pak
Latham & Watkins
633 West Fifth Street, Ste. 400
Los Angeles, CA 90017

Mark Kachner
Latham & Watkins LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925

David McKone
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago IL 60606

>/s/ Karen Jacobs Louden
>klouden@mnat.com