# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-476-GMS |
| ) | |
| MONOLITHIC POWER SYSTEMS, INC., ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Monolithic Power Systems, Inc., hereby certifies that copies of the following documents were caused to be served upon the following attorneys of record at the following addresses and on the dates as indicated below:

MONOLITHIC POWER SYSTEMS, INC.'S THIRD SUPPLEMENTAL NON-INFRINGEMENT CLAIM CHARTS – Served on November 27, 2007 (PST)

MONOLITHIC POWER SYSTEMS, INC.'S THIRD SUPPLEMENTAL INVALIDITY CLAIM CHARTS - Served on November 27, 2007 (PST)
- Due to technical issues, two attachments served November 28, 2007 (PST)

MONOLITHIC POWER SYSTEMS, INC.'S FOURTH SUPPLEMENTAL INVALIDITY CLAIM CHARTS - Served on November 28, 2007 (PST)

**VIA ELECTRONIC MAIL**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com

<table>
<tr><td>

Raphael V. Lupo  
Mark G. Davis  
Ronald J. Pabis  
Stephen K. Shahida  
Joel M. Freed  
Natalia V. Blinkova  
McDermott Will & Emery LLP  
600 13th Street, N.W.  
Washington, DC 20005  
rlupo@mwe.com  
madavis@mwe.com  
rpabis@mwe.com  
sshahida@mwe.com  
jfreed@mwe.com  
nblinkova@mwe.com  

OF COUNSEL:  

Dean G. Dunlavey  
Mark D. Kachner  
Latham & Watkins LLP  
650 Town Center Drive, 20th Floor  
Costa Mesa, CA 92626-1925  
Tel: (714) 540-1235  

Mark A. Flagel  
Robert Steinberg  
Sean S. Pak  
Latham & Watkins  
633 West Fifth Street, Suite 4000  
Los Angeles, CA 90071-2007  
Tel: (213) 485-1234  

David McKone  
Latham & Watkins LLP  
Sears Tower, Suite 5800  
233 South Wacker Drive  
Chicago, IL 60606  
Tel: (312) 777-7316  

Dated: November 29, 2007  
834408 / 30611

</td><td>

Jimmy Shin  
McDermott Will & Emery LLP  
3150 Porter Dr.  
Palo Alto, CA 94304-1212  
jshin@mwe.com  




















POTTER ANDERSON & CORROON LLP  


By:     /s/ Kenneth L. Dorsney  
       Richard L. Horwitz (#2246)  
       Kenneth L. Dorsney (#3726)  
       Hercules Plaza, 6th Floor  
       1313 North Market Street  
       Wilmington, Delaware 19889-0951  
       Tel: (302) 984-6000  
       rhorwitz@potteranderson.com  
       kdorsney@potteranderson.com  

*Attorneys for Defendant*  
*Monolithic Power Systems, Inc.*

</td></tr>
</table>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Kenneth L. Dorsney, hereby certify that on November 29, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on November 29, 2007, I have Electronically Mailed the document to the following person(s):

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
klouden@mnat.com

Raphael V. Lupo
Mark G. Davis
Ronald J. Pabis
Stephen K. Shahida
Joel M. Freed
Natalia V. Blinkova
Matthew G. Cunningham
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
rlupo@mwe.com
madavis@mwe.com
rpabis@mwe.com
sshahida@mwe.com
jfreed@mwe.com
nblinkova@mwe.com
mcunningham@mwe.com

Jimmy Shin
McDermott Will & Emery LLP
3150 Porter Dr.
Palo Alto, CA 94304-1212
jshin@mwe.com

By: /s/ Kenneth L. Dorsney
    Richard L. Horwitz
    Kenneth L. Dorsney
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, Delaware 19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    kdorsney@potteranderson.com

750219