

**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

December 4, 2007

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Gregory M. Sleet
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re: *Linear Technology Corporation v. Monolithic Power Systems Inc.,*
       C. A. No. 06-476 (GMS)

Dear Chief Judge Sleet:

    We are writing to request a telephonic conference with the Court to discuss the trial date in this matter. Currently, trial is scheduled for April 28, 2008. Defendant Monolithic Power Systems, Inc. ("MPS") requests that the trial date be moved to early June 2008 (or as soon as possible thereafter) to accommodate counsel for MPS. Plaintiff Linear Technology Corporation ("Linear") objects to moving the trial date.

    Three Latham & Watkins attorneys – Dean Dunlavey, Mark Flagel and Bob Steinberg – are primarily responsible for the trial of this case. Messrs. Flagel and Steinberg are also trial counsel for Symantec Corporation, successor to Veritas Operating Corporation, in *Veritas Operating Corporation v. Microsoft Corporation,* Case No. 2:06-CV-00703-JCC, pending before the Honorable John Coughenour in the Western District of Washington ("*Veritas* litigation"). The trial in the *Veritas* litigation originally was scheduled for December 3, 2007. However, Judge Coughenour has issued an order, *sua sponte*, moving the trial date to May 5, 2008. Judge Coughenour has further ordered that the trial will be limited to ten trial days.

    As a result of Judge Coughenour's order, we would like to discuss whether the trial date in this action could be moved to early June (or as soon as possible thereafter, depending on Your Honor's calendar). MPS informed Linear of this scheduling issue on December 2, 2007 and asked whether Linear would agree to such a request. Counsel for Linear responded today that they will not agree to a change in the trial date.

The Honorable Gregory M. Sleet
Decemb 4, 2007
Page 2

       We are available to discuss this issue at Your Honor's convenience, and will await further instructions from the Court.

                                                                                       Respectfully,

                                                                                    */s/ Richard L. Horwitz*

                                                                                  Richard L. Horwitz

RLH/jmm
835418/30611
cc:     Clerk of the Court (via hand delivery)
        All Counsel of Record