

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

December 14, 2007

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

    Re:   *Linear Technology Corporation v. Monolithic Power Systems Inc.,*
           C. A. No. 06-476 (GMS)

Dear Chief Judge Sleet:

    Pursuant to Your Honor's request during the parties' teleconference on December 13, 2007, enclosed is the parties' proposed Amended Scheduling Order in the above referenced matter.

                                Respectfully,

                                */s/ Richard L. Horwitz*

                                Richard L. Horwitz

cc:    Clerk of the Court (via hand delivery)
       Counsel of Record (via efiling)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 06-476 (GMS) |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| MONOLITHIC POWER SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## AMENDED SCHEDULING ORDER

The Court having conducted a teleconference with counsel with respect to amending the Court's January 30, 2007 Scheduling Order (D.I. 30), IT IS ORDERED this ___ day of December, 2007, that the January 30, 2007 Scheduling Order is amended as follows:

14. **Pretrial Conference.** On **May 23, 2008**, beginning at 10:00 a.m., the Court will hold a Pretrial Conference in Chambers with counsel. Unless otherwise ordered by the Court, the parties should assume that filing the Joint Pretrial order (a sample form of Pretrial Order can be located on this court's website at www.ded.uscourts.gov) satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). Thirty (30) days before the Joint Proposed Pretrial Order is due, plaintiff's counsel shall forward to defendant's counsel a draft of the pretrial order containing the information plaintiff proposes to include in the draft. Defendant's counsel shall, in turn, provide to plaintiff's counsel any comments on the plaintiff's draft as well as the information defendant proposes to include in the proposed pretrial order fifteen (15) days before the Proposed Pretrial Order is due.

Motions *in limine*: No party shall file more than five (5) motions *in limine*. The parties shall exchange opening *in limine* briefs on **April 11, 2008**, answering *in limine* briefs on **April 25, 2008**, and reply *in limine* briefs on **May 2, 2008**. Briefs (**opening, answering and**

**reply)** on all motions *in limine* shall be filed by **May 2, 2008**. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages. The parties shall file with the Court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this Scheduling Order on or before 4:30 p.m. on **May 2, 2008**.

    15.    **Trial.** This matter is scheduled for an eight (8) day jury trial beginning at 9:30 a.m. on **June 23, 2008**.

All other provisions of the January 30, 2007 Scheduling Order (D.I. 30), shall remain the same.

_____
UNITED STATES DISTRICT JUDGE

837796 / 30611