IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINEAR TECHNOLOGY CORP., | ) | |
| | ) | PUBLIC VERSION |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-476 (GMS) |
| | ) | |
| MONOLITHIC POWER SYSTEMS, INC., | ) | Confidential Version Filed: December 21, 2007 |
| | ) | Public Version Filed: December 28, 2007 |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF KAREN JACOBS LOUDEN
IN SUPPORT OF LINEAR TECHNOLOGY CORPORATION'S REPLY
BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
ON CONTRACT INTERPRETATION AND BREACH OF CONTRACT**

I, KAREN JACOBS LOUDEN, declare and state as follows:

1. I am a partner at Morris, Nichols, Arsht & Tunnell LLP, and represent the Plaintiff Linear Technology Corporation ("Linear") in this litigation. I submit this declaration in support of Linear's Reply Brief on its Motion for Summary Judgment on Contract Interpretation and Breach of Contract. (D.I. 107).

2. I previously submitted Exhibits 1 through 14 in connection with my declaration in support of Linear's Motion For Summary Judgment On Contract Interpretation And Breach of Contract (D.I. 109).

3. I also previously submitted Exhibits 15 through 18 in connection with my declaration in opposition to Monolithic Power Systems Inc.'s Motion for Summary Judgment of No Breach of Contract (Count One) (D.I. 122).

4. Attached as **Exhibit 19** is a true and correct copy of relevant portions of the Answering Expert Report of Dr. Thomas Szepesi dated November 1, 2007.

- 2 -

5. Attached as **Exhibit 20** is a true and correct copy of relevant portions of the deposition transcript of Dr. Thomas Szepesi, Monolithic's expert, taken by Linear on December 13, 2007.

I declare, under the penalty of perjury, that the foregoing is true and correct.

Dated: December 21, 2007

*Karen Jacobs Louden*
Karen Jacobs Louden

1345594

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on December 28, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on December 28, 2007 upon the following in the manner indicated:

**BY HAND & EMAIL**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

**BY EMAIL**

Dean G. Dunlavey
Mark A. Flagel
Robert Steinberg
Sean Pak
Latham & Watkins LLP
633 West Fifth Street, Ste. 400
Los Angeles, CA  90017

Mark Kachner
Latham & Watkins LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA  92626-1925

David McKone
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago IL 60606

>/s/ Karen Jacobs Louden
>_____
>klouden@mnat.com (#2881)

# EXHIBIT 19

## FULLY REDACTED

# EXHIBIT 20

## FULLY REDACTED

Case 1:06-cv-00476-GMS    Document 132-2    Filed 12/28/2007    Page 2 of 2