IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINEAR TECHNOLOGY CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-476 (GMS) |
| | ) | |
| MONOLITHIC POWER SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT STIPULATION TO FOREGO THE
DEPOSITION OF PAUL COGHLAN**

Plaintiff Linear Technology Corporation ("Linear") and Defendant Monolithic Power Systems, Inc. ("MPS") hereby stipulate that:

A. On August 2, 2007, MPS noticed the deposition of Paul Coghlan;

B. In September of 2005, Mr. Coghlan was Linear's Chief Financial Officer;

C. Mr. Coghlan had no direct communication with persons at MPS concerning either the parties' Settlement and License Agreement ("Agreement") effective October 1, 2005 or the Consent Order;

D. During September 2005, Mr. Coghlan did have communications with John England, Linear's patent counsel, concerning the Agreement. Linear asserts that such communications were attorney-client privileged communications and therefore protected from discovery. Linear is not waiving its privilege concerning such communications. Therefore, at any deposition or at trial, Mr. Coghlan would not testify as to the substance of his communications with Mr. England;

- 2 -

  E. Linear will not contend that Mr. Coghlan is qualified to offer a legal opinion as to the legal significance of the terms in either the Agreement or the Consent Order;

  F. Linear will not seek to present any testimony from Mr. Coghlan at trial;

  G. Based on the foregoing, MPS agrees not to depose Mr. Coghlan in this action.

STIPULATED AND AGREED TO:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ Karen Jacobs Louden (#2881) | /s/ Richard L. Horwitz (#2246) |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Karen Jacobs Louden (#2881) | Kenneth L. Dorsney (#3726) |
| 1201 N. Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 North Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19889 |
| (302) 658-9200 | (302) 984-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Linear Technology Corporation* | *Monolithic Power Systems, Inc.* |

OF COUNSEL:           OF COUNSEL:

| | |
|---|---|
| Raphael V. Lupo | Dean G. Dunlavey |
| Joel M. Freed | Mark A. Flagel |
| Ronald J. Pabis | Sean S. Pak |
| Jimmy M. Shin | Robert Steinberg |
| Matthew G. Cunningham | LATHAM & WATKINS |
| MCDERMOTT WILL & EMERY LLP | 633 West Fifth Street, Suite 4000 |
| 600 13th Street, N.W. | Los Angeles, CA 90071 |
| Washington, DC 20005 | (213) 485-1234 |
| (202) 756-8000 | |

Dated: January 16, 2008
1389205