IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MONOLITHIC POWER SYSTEMS, INC. ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 06-476 (GMS) |

## JOINT STIPULATION TO WITHDRAW THE
## SUBPOENA SERVED ON DAVID BELL

Plaintiff Linear Technology Corporation ("Linear") and Defendant Monolithic Power Systems, Inc. ("MPS") hereby stipulate that:

A. On August 6, 2007, MPS served a subpoena *ad testificandum* and *duces tecum* on David Bell that ordered David Bell to testify at a deposition in this case and produce documents relating to the parties' Settlement and License Agreement ("Agreement") effective October 1, 2005;

B. In September of 2005, Mr. Bell was Linear's President;

C. Mr. Bell had no direct communication with persons at MPS concerning either the Agreement or the Consent Order;

D. During September 2005, Mr. Bell did have communications with John England, Linear's patent counsel, concerning the Agreement. Linear asserts that such communications were attorney-client privileged communications and therefore protected from discovery. Linear is not waiving its privilege concerning such communications. Therefore, at any deposition or at trial, Mr. Bell would not testify as to the substance of his communications with Mr. England;

E.   Linear will not contend that Mr. Bell is qualified to offer a legal opinion as to the legal significance of the terms in either the Agreement or the Consent Order;

F.   Linear will not seek to present any testimony from Mr. Bell at trial;

G.   Based on the foregoing, MPS agrees to withdraw the subpoena *ad testificandum* and *duces tecum* served on Mr. Bell in this action.

STIPULATED AND AGREED TO:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Karen Jacobs Louden (#2881)* | */s/ Richard L. Horwitz (#2246)* |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Karen Jacobs Louden (#2881) | Kenneth L. Dorsney (#3726) |
| 1201 N. Market Street | Hercules Plaza, 6th Floor |
| P.O. Box 1347 | 1313 North Market Street |
| Wilmington, DE 19899 | Wilmington, DE 19889 |
| (302) 658-9200 | (302) 984-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Linear Technology Corporation* | *Monolithic Power Systems, Inc.* |

OF COUNSEL:                                                  OF COUNSEL:

Raphael V. Lupo                                              Dean G. Dunlavey
Joel M. Freed                                                Mark A. Flagel
Ronald J. Pabis                                              Sean S. Pak
Jimmy M. Shin                                                Robert Steinberg
Matthew G. Cunningham                                        LATHAM & WATKINS
MCDERMOTT WILL & EMERY LLP                                   633 West Fifth Street, Suite 4000
600 13th Street, N.W.                                        Los Angeles, CA  90071
Washington, DC  20005                                        (213) 485-1234
(202) 756-8000

Dated: January 16, 2008
1389204