IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-476 (GMS) |
| | ) |
| MONOLITHIC POWER SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF PAPER FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only: **Final Pretrial Order [Filed Under Seal].** The original documents are maintained under seal in the case file in the Clerk's Office.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr.*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
James W. Parrett, Jr. (#4292)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com
jparrett@mnat.com

POTTER ANDERSON & CORROON LLP

*/s/ David E. Moore*

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE 19889
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Raphael V. Lupo<br>Joel M. Freed<br>Mark G. Davis<br>Ronald J. Pabis<br>Matthew G. Cunningham<br>MCDERMOTT WILL & EMERY LLP<br>600 13th Street, N.W.<br>Washington, DC 20005<br>(202) 756-8000<br><br>*Attorneys for Plaintiff*<br>*Linear Technology Corporation* | Dean G. Dunlavey<br>LATHAM & WATKINS LLP<br>Costa Mesa, CA 92626-1925<br><br>Mark A. Flagel<br>Robert Steinberg<br>Sean S. Pak<br>LATHAM & WATKINS LLP<br>Los Angeles, CA 90071-2007<br><br>David McKone<br>LATHAM & WATKINS LLP<br>Chicago, IL 60606<br><br>Claude M. Stern<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>Redwood Shores, CA 94065<br><br>Richard I. Werder, Jr.<br>Eric Huang<br>Carlos A. Rodriguez<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>New York, NY 10010<br><br>Bruce Zisser<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>Los Angeles, CA 90017<br><br>Alison E. Monahan<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>San Francisco, CA 94111<br><br>*Attorneys for Defendant*<br>*Monolithic Power Systems, Inc.* |

May 2, 2008
2313423