IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.  06-476 GMS |
| v. ) | |
| ) | |
| MONOLITHIC POWER SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

At Wilmington, this 6th day of May, 2008, after having considered the defendant's motion

for leave to file an amended answer;

IT IS ORDERED that the Motion for Leave to File an Amended Answer (D.I. 36) is

GRANTED.  Federal Rule of Civil Procedure 15(a) provides that leave to amend a pleading "shall

be freely given when justice so requires."  A court should deny leave to amend only for reasons such

as undue delay, bad faith, dilatory motive, prejudice, or futility of amendment.  *See In re Burlington*

*Coat Factory Sec. Litig.*, 114 F.3d 1410, 1434 (3d Cir. 1997).  Here, the court finds that there is no

undue delay, bad faith, or dilatory motive by the defendant.  Further, the court finds that the plaintiff

will not be prejudiced by the amendment, and that the amended answer is not futile.  The  amended

answer is deemed filed and served as of the date of this Order.


/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE