IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MONOLITHIC POWER SYSTEMS, INC. ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 06-476 (GMS) <br><br> Confidential Version Filed: May 1, 2008 <br><br> Public Version Filed: May 8, 2008 |

**DECLARATION OF JAMES W. PARRETT, JR. IN SUPPORT OF
LINEAR'S ANSWERING BRIEFS IN OPPOSITION TO
MONOLITHIC'S MOTIONS *IN LIMINE* NOS. 1-5**

I, JAMES W. PARRETT, JR., declare and state as follows:

1. I am an associate at Morris, Nichols, Arsht & Tunnell LLP, and represent the Plaintiff Linear Technology Corporation ("Linear") in this litigation. I submit this declaration in support of Linear's Answering Briefs in Opposition to Defendant Monolithic Power Systems, Inc.'s ("Monolithic") Motions *in Limine* Nos. 1-5.

2. Attached as Exhibit A is a true and correct copy of U.S. Patent No. 5,481,178.

3. Attached as Exhibit B is a true and correct copy of Linear's First Supplemental Response to Monolithic's Notice of Examination of Linear.

4. Attached as Exhibit C is a true and correct copy of relevant portions of the Opening Expert Report of Linear's Expert, Mr. Robert Blauschild.

5. Attached as Exhibit D is a true and correct copy of relevant portions of the December 11, 2007 Deposition Testimony of Linear's Expert, Mr. Robert Blauschild.

- 2 -

6. Attached as Exhibit E is a true and correct copy of Linear's Third Supplemental Responses and Objections to Monolithic's First Set of Interrogatories and Linear's Responses and Objections to Monolithic's Second Set of Interrogatories.

7. Attached as Exhibit F is a true and correct copy of relevant portions of the August 21, 2007 Deposition Testimony of Wei Chen.

8. Attached as Exhibit G is a true and correct copy of 2005 Maxim Earnings Conference Call transcript.

9. Attached as Exhibit H is a true and correct copy of the MP1543 Datasheet.

10. Attached as Exhibit I is a true and correct copy of relevant portions of the Answering Expert Report of Linear's Expert, Mr. Robert Blauschild.

11. Attached as Exhibit J is a true and correct copy of relevant portions of the Opening Expert Report of Monolithic's Expert, Dr. Thomas Szepesi.

12. Attached as Exhibit K is a true and correct copy of relevant portions of the Answering Expert Report of Monolithic's Expert, Dr. Thomas Szepesi.

13. Attached as Exhibit L is a true and correct copy of letters from Dr. Wilcox's physician.

I declare, under the penalty of perjury, that the foregoing is true and correct.


Dated: April 25, 2008                               */s/ James W. Parrett, Jr.*
                                                    James W. Parrett, Jr.


2306318

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 8, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on May 8, 2008 upon the following in the manner indicated:

**BY EMAIL**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

**BY EMAIL**

Dean G. Dunlavey
Mark A. Flagel
Robert Steinberg
Sean Pak
Latham & Watkins LLP
633 West Fifth Street, Ste. 400
Los Angeles, CA 90017

Mark Kachner
Latham & Watkins LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925

David McKone
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago IL 60606

Claude M. Stern
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Redwood Shores, CA 94065

2

                        Richard I. Werder, Jr.
                        Eric Huang
                        Carlos A. Rodriguez
                        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
                        New York, NY 10010

                        Bruce Zisser
                        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
                        Los Angeles, CA 90017

                        Alison E. Monahan
                        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
                        San Francisco, CA 94111


*/s/ James W. Parrett, Jr.*
_____
jparrett@mnat.com (#4292)

# EXHIBIT A

## FULLY REDACTED

Case 1:06-cv-00476-GMS    Document 189-2    Filed 05/08/2008    Page 1 of 12

# EXHIBIT B

## FULLY REDACTED

# EXHIBIT C

## FULLY REDACTED

# EXHIBIT D

## FULLY REDACTED

# EXHIBIT E

## FULLY REDACTED

# EXHIBIT F

## FULLY REDACTED

# EXHIBIT G

## FULLY REDACTED

# EXHIBIT H

## FULLY REDACTED

# EXHIBIT I

## FULLY REDACTED

# EXHIBIT J

## FULLY REDACTED

# EXHIBIT K

## FULLY REDACTED

# EXHIBIT L

## FULLY REDACTED

Case 1:06-cv-00476-GMS   Document 189-2   Filed 05/08/2008   Page 12 of 12