IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-476 (GMS) |
| v. ) | |
| ) | Confidential Version Filed: May 1, 2008 |
| MONOLITHIC POWER SYSTEMS, INC. ) | |
| ) | Public Version Filed: May 8, 2008 |
| Defendant. ) | |
| ) | |

**DECLARATION OF KAREN JACOBS LOUDEN IN SUPPORT OF
LINEAR'S MOTIONS *IN LIMINE***

I, KAREN JACOBS LOUDEN, declare and state as follows:

1. I am a partner at Morris, Nichols, Arsht & Tunnell LLP, and represent the Plaintiff Linear Technology Corporation ("Linear") in this litigation. I submit this declaration in support of Linear's Motions *in Limine*.

2. Attached as Exhibit 1 is a true and correct copy of relevant portions of the Answering Expert Report of Defendant Monolithic Power Systems, Inc.'s Expert, Dr. Thomas Szepesi.

3. Attached as Exhibit 2 is a true and correct copy of the September 29, 2005 Settlement and License Agreement entered into by Linear and Defendant Monolithic Power Systems, Inc.

I declare, under the penalty of perjury, that the foregoing is true and correct.

Dated: April 11, 2008

*Karen Jacobs Louden*
Karen Jacobs Louden

2291761

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 8, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Richard L. Horwitz
>POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on May 8, 2008 upon the following in the manner indicated:

**BY EMAIL**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

**BY EMAIL**

Dean G. Dunlavey
Mark A. Flagel
Robert Steinberg
Sean Pak
Latham & Watkins LLP
633 West Fifth Street, Ste. 400
Los Angeles, CA 90017

Mark Kachner
Latham & Watkins LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925

David McKone
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago IL 60606

Claude M. Stern
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
Redwood Shores, CA 94065

Richard I. Werder, Jr.
Eric Huang
Carlos A. Rodriguez
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
New York, NY 10010

Bruce Zisser
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
Los Angeles, CA 90017

Alison E. Monahan
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
San Francisco, CA 94111

*/s/ James W. Parrett, Jr.*
_____
jparrett@mnat.com (#4292)

# EXHIBIT 1

## FULLY REDACTED

# EXHIBIT 2

## FULLY REDACTED