IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MONOLITHIC POWER SYSTEMS, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 06-476 (GMS) |

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

PLEASE TAKE NOTICE of the change of firm and address for Ronald Pabis, who has been admitted pro hac vice to represent Plaintiff Linear Technology Corporation in this matter. All other attorneys of record in the case from Morris, Nichols, Arsht & Tunnell LLP and McDermott Will & Emery LLP continue to represent Plaintiff Linear Technology Corporation.

> Ronald Pabis
> Weil Gotshal & Manges
> 1300 Eye Street, NW, Suite 900
> Washington, DC  20005
> 202-682-7517
> Ronald.pabis@weil.com

> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>
> */s/ James W. Parrett, Jr.*
> Jack B. Blumenfeld (#1014)
> Karen Jacobs Louden (#2881)
> James W. Parrett, Jr. (#4292)
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
> jparrett@mnat.com
> *Attorneys for Plaintiff*
> *Linear Technology Corporation*

OF COUNSEL:

Raphael V. Lupo
Joel M. Freed
Matthew G. Cunningham
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC  20005
(202) 756-8000

Ronald Pabis
Weil Gotshal & Manges
1300 Eye Street, NW, Suite 900
Washington, DC  20005
202-682-7517

May  29, 2008
2339559

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 29, 2008, the foregoing was caused to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

In addition, the undersigned hereby certifies that true and correct copies of the foregoing were caused to be served via electronic mail on May 29, 2008 upon the following parties:

| | |
|---|---|
| REPRESENTING ENERGY TRANSPORTATION GROUP, INC. | Edmond D. Johnson<br>PEPPER HAMILTON LLP<br>**johnsone@pepperlaw.com** |
| | Brian M. Buroker<br>HUNTON & WILLIAMS LLP<br>**etg@hunton.com** |
| REPRESENTING WIDEX A/S AND WIDEX HEARING AID CO. INC. | Donald E. Reid<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**dreid@mnat.com** |
| | William H. Mandir<br>SUGHRUE MION PLLC<br>**wmandir@sughrue.com** |
| | David J. Cushing<br>SUGHRUE MION PLLC<br>**dcushing@sughrue.com** |
| | Carl J. Pellegrini<br>SUGHRUE MION PLLC<br>**cpellegrini@sughrue.com** |
| | Brian K. Shelton<br>SUGHRUE MION PLLC<br>**bshelton@sughrue.com** |

| | |
|---|---|
| REPRESENTING WILLIAM DEMANT HOLDING A/S, WDH, INC., OTICON A/S, OTICON INC., BERNAFON AG, AND BERNAFON, LLC | Mary B. Graham<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>**mgraham@mnat.com;**<br>**mbgeservice@mnat.com**<br><br>John M. Romary<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**john.romary@finnegan.com**<br><br>C. Gregory Gramenopoulos<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER<br>**c.gregory.gramenopoulos@finnegan.com** |

The undersigned also hereby certifies that on May 29, 2008, true and correct copies of the foregoing were caused to be served by hand upon the following Delaware counsel:

Edmond D. Johnson
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE  19899-1709

                                        */s/ James W. Parrett, Jr.*
                                        _____
                                        James W. Parrett, Jr. (#4292)

913379