IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINEAR TECHNOLOGY CORPORATION, | ) | C. A. No. 06-476 (GMS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MONOLITHIC POWER SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

For the reasons stated by the Court in the its May 23, 2008 Memorandum Order and in open court on June 24, 2008, and based upon the evidence and argument presented by the parties in open court on June 23 through June 24, 2008, IT IS HEREBY ORDERED THAT:

1. MPS' Motion for Judgment as a Matter of Law of no breach of contract (Count I of Linear's Complaint) is GRANTED.

2. MPS is not precluded from presenting its invalidity case to the jury.


Dated: June 25, 2008

_____
CHIEF, UNITED STATES DISTRICT JUDGE