IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | C.A. No. 06-476 (GMS) |
| ) | |
| MONOLITHIC POWER SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

We, the jury, unanimously find as follows:

### INFRINGEMENT

A. Do you find that Linear has proven by a preponderance of the evidence that MPS has infringed any of the following patent claims?

*A "YES" answer is a finding for Linear. A "NO" answer is a finding for MPS.*

| '178 Patent | Direct | |
| :---: | :---: | :---: |
| Claim No. | Yes | No |
| 1 | | |
| 2 | | |
| 34 | | |
| 41 | | |
| 55 | | |

| '258 Patent | Direct | |
| :---: | :---: | :---: |
| Claim No. | Yes | No |
| 1 | | |
| 2 | | |
| 3 | | |
| 34 | | |

**II.   VALIDITY**

    A.   Do you find that MPS has proven, by clear and convincing evidence, invalidity of any of the following claims by reason of anticipation or obviousness?

*A "YES" answer is a finding for MPS.  A "NO" answer is a finding for Linear.*

| '178 Patent Claim No. | Anticipation | | Obviousness | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 1 | | | | |
| 2 | | | | |
| 34 | | | | |
| 41 | | | | |
| 55 | | | | |

| '258 Patent Claim No. | Anticipation | | Obviousness | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 34 | | | | |

Each juror must sign the verdict form to reflect that a unanimous verdict has been reached.

Dated: _____, 2008

                                                                                    _____
FOREPERSON

_____

_____

_____

_____

_____

_____

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Karen Jacobs Louden* | */s/ Richard L. Horwitz* |
| _____ | _____ |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Karen Jacobs Louden (#2881) | David E. Moore (#3983) |
| James W. Parrett, Jr. (#4292) | Hercules Plaza, 6th Floor |
| 1201 N. Market Street | 1313 North Market Street |
| P.O. Box 1347 | Wilmington, DE 19889 |
| Wilmington, DE 19899 | (302) 984-6000 |
| (302) 658-9200 | rhorwitz@potteranderson.com |
| jblumenfeld@mnat.com | |
| klouden@mnat.com | *Attorneys for Defendant* |
| jparrett@mnat.com | *Monolithic Power Systems, Inc.* |

*Attorneys for Plaintiff*
*Linear Technology Corporation*

June 28, 2008
2386928