IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MONOLITHIC POWER SYSTEMS, INC. )<br>)<br>Defendant. )<br>) | C.A. No. 06-476 GMS |

## ORDER

IT IS HEREBY ORDERED that the United States Marshal for the District of Delaware be and hereby is directed to furnish lunch for eight jurors engaged in the above entitled case on June 30, 2008.

Dated: June 30, 2008              /s/ Gregory M. Sleet
                                  UNITED STATES DISTRICT CHIEF JUDGE