IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LINEAR TECHNOLOGY CORPORATION, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | C.A. No. 06-476 (GMS) |
| MONOLITHIC POWER SYSTEMS, INC., | ) ) | |
| Defendant. | ) ) | |

**ADMITTED TRIAL EXHIBITS**

# Linear Technology Corporation v. Monolithic Power Systems, Inc.
## C.A. No. 06-476

### Admitted Trial Exhibits

| Exhibit No. | Date Offered | Marked | Admitted | Description | Beg Bate | End Bate |
|---|---|---|---|---|---|---|
| PTX-1 | | | | Settlement and License Agreement | n/a | n/a |
| PTX-3 | | | | Certified Copy of U.S. Patent No. 6,580,258 | LTC00027 | LTC00052 |
| PTX-5 | | | | Certified Copy of U.S. Patent No. 5,481,178 | LLTC00002777 | LLTC00002798 |
| PTX-17 | | | | Milton Wilcox Lab Notebook | LLTC00006443 | LLTC00006608 |
| PTX-18 | | | | LTC1148 File Devap Folder | LLTC00006609 | LLTC00006826 |
| PTX-31 | | | | Randy Flatness Lab Notebook` | LLTC00007453 | LLTC00007650 |
| PTX-39 | | | | 1/21/1993 Frank Goodenough, "Raise Switcher Efficiency Above 90%," 106-110, ELECTRONIC DESIGN | LLTC00012150 | LLTC00012152 |
| PTX-48 | | | | 7/3/1991 Product Progress Report | LLTC00018216 | LLTC00018236 |
| PTX-190 | | | | 2/1993 Linear Technology News, February 1993 | LLTC00008376 | LLTC00008399 |
| PTX-191 | | | | 2/5/1993 Linear Technology Press Release - 95% Efficient Step Down Switching Regulator Boasts Only 200uA Supply Current | LLTC00008372 | LLTC00008373 |
| PTX-197 | | | | Advertisement - "New Synchronous Stepdown Switching Regulators Achieve 95% Efficiency" | LLTC00008374 | LLTC00008375 |
| PTX-206 | | | | MP1556 Datasheet Rev. 1.4 | MPS055555 | MPS055562 |
| PTX-209 | | | | MP1556 Transistor-Level Schematics | MPS055569 | MPS055593 |
| PTX-277 | | | | MP1543 1.5A, 500KHz Synchronous Rectified Step-Up Converter | MPS_DEL_0002886 | MPS_DEL_0002894 |
| PTX-280 | | | | MP1543A Monolithic Power Systems, Inc. Schematics | MPS_DEL_0000843 | MPS_DEL_0000870 |
| PTX-281 | | | | 1/25/1993 Article: Sustaining Battery Life by J. Williams | LLTC00009739 | LLTC00009739 |
| PTX-295 | | | | 9/14/2005 Letter to Mr. Lothar Maier from Michael Hsing | MPS_DEL_0003500 | MPS_DEL_0003500 |
| PTX-296 | | | | 4/11/2003 E-mail to Paul Ueunten, et al., from David Meng | MPS002580 | MPS002580 |
| PTX-308 | | | | 9/26/2006 E-mail from IPAssets to Rick Neely with Attachments | LLTC00190476 | LLTC00190505 |
| PTX-338 | | | | Series of Diagrams | MPS0055569 | MPS0055593 |
| PTX-345 | | | | 11/27/2007 Supplemental Expert Report of Robert Blauschild, with all attached exhibits | n/a | n/a |
| DX-1 | | | | U.S. Patent No. 5,481,178 (Wilcox) | LLTC00000435 | LLTC00000456 |

# Linear Technology Corporation v. Monolithic Power Systems, Inc.
## C.A. No. 06-476

### Admitted Trial Exhibits

| Exhibit No. | Date Offered | Marked | Admitted | Description | Beg Bate | End Bate |
|---|---|---|---|---|---|---|
| DX-2 | | | | U.S. Patent No. 5,481,178 File History | LLTC00000001 | LLTC00000518 |
| DX-3 | | | | U.S. Patent No. 6,580,258 (Wilcox) | LLTC00000521 | LLTC00000528 |
| DX-20-C | | | | Three States of Circuit Operation of the MP1543 | n/a | n/a |
| DX-21-C | | | | Data For Table 100 | n/a | n/a |
| DX-23-C | | | | MP1543 Pulse Skipping Mode Load Current Transition Variation As A Function of Input Voltage | n/a | n/a |
| DX-72 | | | | Rippel, W.E., Synchronous Half Wave Rectifier," NASA Jet Propulsion Laboratory Technical Support Package Vol. 13, No. 7, Item #15, 7/89" | LLTC00060557 | LLTC00060561 |
| DX-73 | | | | W.E. Rippel, Technical Support Package on Synchronous Half-Wave Rectifier, NASA Tech. Brief, Vol 13, No. 7, Item #15, 7/89" | LLTC0000142235 | LLTC0000142239 |
| DX-81 | | | | Archer, William R., "Current Drives Synchronous Rectifier," EDN, p. 279, 11/28/85 | LLTC00036066 LLTC00060895 | LLTC00036066 LLTC00060895 |
| DX-88 | | | | Linear Application Note 19, dated June 1986 | MPS_DEL_0003029 | MPS_DEL_0003108 |
| DX-90 | | | | Linear Application Note 29, dated October 1988 | MPS_DEL_0003133 | MPS_DEL_0003176 |
| DX-91 | | | | Linear Application Note 35, dated August 1989 | MPS_DEL_0003177 | MPS_DEL_0003208 |
| DX-102 | | | | Jaime Tseng, August 2002 issue of Linear Technology Magazine, entitled "Monolithic Synchronous Step-Down Regulators Pack 600mA Current Rating in a Thin SOT Package", dated August 2002 | MPS_DEL_0003799 | MPS_DEL_0003800 |
| DX-108 | | | | LTC3406B datasheet, undated | MPS_DEL_0003817 | MPS_DEL_0003832 |
| DX-112 | | | | Japanese Publication H4-42771, dated February 1992 | MPS_DEL_0003539 | MPS_DEL_0003544 |
| DX-116 | | | | Unitrode UC1823A/1825A/2823A/2825A/3623A/3825A Datasheet from Handbook, dated April 1990 | MPS_DEL_0003689 | MPS_DEL_0003698 |
| DX-117 | | | | Unitrode , A New Integrated Circuit For Current-Mode Control, and UC1825/2825/3825 Datasheet, dated April 1990 | MPS_DEL_0003777 | MPS_DEL_0003798 |
| DX-160-C | | | | LTC1148/9: Theory of Operation, dated June 18, 1992 | FNITC098024 | FNITC098032 |

**Linear Technology Corporation v. Monolithic Power Systems, Inc.**
**C.A. No. 06-476**

**Admitted Trial Exhibits**

| Exhibit No. | Date Offered | Marked | Admitted | Description | Beg Bate | End Bate |
|---|---|---|---|---|---|---|
| DX-164-C | | | | MP1543 Schematics (color), dated November 2, 2005 | MPS_DEL_0000843 | MPS_DEL_0000870 |
| DX-181 | | | | MP1543 Datasheet, dated Janury 11, 2006 | MPS_DEL_0002886 | MPS_DEL_0002894 |
| DX-208-C | | | | E-mail from Assets to Neely, Subject: ITC Settlement Last Draft, dated September 28, 2005 | MPS_DEL_0000934 | MPS_DEL_0000945 |
| DX-210-C | | | | E-mail from Neely to IPAssets, Subject: Wenesday 4p.m. Draft, dated September 28, 2005 | LLTC00190401 | LLTC00190412 |
| DX-214-C | | | | England / Neely Settlement emails: Email chain re Wednesday 4pm settlement draft | MPS_DEL_0000947 | MPS_DEL_0000947 |
| DX-215-C | | | | 9/23/2005, Friday, 2:44pm; R. Neely email | LLTC00190455 | LLTC00190475 |
| DX-216-C | | | | 9/26/2005, Monday, 11:27 am; J. England email | LLTC00190476 | LLTC00190505 |
| DX-271 | | | | Maxim Integrated Products MAX782 Addendum to Advance Information, dated March 16, 1993 | FNITC098710 | FNITC098735 |
| DX-272 | | | | Dobkin depo exhibit D-2095 (Max782 EV Kit) | FNITC098736 | FNITC098761 |
| DX-273 | | | | Linear News Release re Low Noise Switching Regulator Operates Over 3.5 to 36V Input Range, dated May 7, 1996 | FNITC098776 | FNITC098778 |
| DX-277 | | | | Maxim Advance Information Notebook Computer Supplies | FNITC019436 | FNITC019443 |
| DX-386-C | | | | E-mail dated September 5, 2006, from IPAssets to Neely, Subject: Re: Response to Your Phone Call | MPS_DEL_0002803 | MPS_DEL_0002804 |
| DX-391 | | | | Linear Technology Corporation's Reply Brief In Support of Its Motion for Summary Judgment on Contract Interpretation and Breach of Contract | n/a | n/a |
| JX-1 | | | | Joint Stipulation, dated September 26, 2007 | n/a | n/a |