IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

LINEAR TECHNOLOGY CORPORATION          )
                                       )
                    Plaintiff,         )
                                       )          C.A. No.  06-476 GMS
             v.                        )
                                       )
MONOLITHIC POWER SYSTEMS, INC.         )
                                       )
                    Defendant.         )
                                       )

## ORDER

     IT IS HEREBY ORDERED that the United States Marshal for the District of Delaware be

and hereby is directed to furnish lunch for eight jurors engaged in the above entitled case on

July 1, 2008.


Dated: July 1, 2008                    /s/ Gregory M. Sleet_____
                                       UNITED STATES DISTRICT CHIEF JUDGE