IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-476 (GMS) ) |
| MONOLITHIC POWER SYSTEMS, INC., | ) ) ) |
| Defendant. | ) |

**VERDICT FORM**

We, the jury, unanimously find as follows:

**INFRINGEMENT**

    A.    Do you find that Linear has proven by a preponderance of the evidence that MPS has infringed any of the following patent claims?

*A "YES" answer is a finding for Linear. A "NO" answer is a finding for MPS.*

| '178 Patent | Direct | |
|---|---|---|
| Claim No. | Yes | No |
| 1 | X | |
| 2 | X | |
| 34 | X | |
| 41 | X | |
| 55 | X | |

| '258 Patent | Direct | |
|---|---|---|
| Claim No. | Yes | No |
| 1 | X | |
| 2 | X | |
| 3 | X | |
| 34 | X | |

## II. VALIDITY

A. Do you find that MPS has proven, by clear and convincing evidence, invalidity of any of the following claims by reason of obviousness?

*A "YES" answer is a finding for MPS. A "NO" answer is a finding for Linear.*

| '178 Patent Claim No. | Obviousness | |
|---|---|---|
| | Yes | No |
| 1 | | X |
| 2 | | X |
| 34 | | X |
| 41 | | X |
| 55 | | X |

| '258 Patent Claim No. | Obviousness | |
|---|---|---|
| | Yes | No |
| 1 | | X |
| 2 | | X |
| 3 | | X |
| 34 | | X |

Each juror must sign the verdict form to reflect that a unanimous verdict has been reached.

Dated: July 1, 2008

2386940