**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

July 7, 2008

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

Re:   **Linear Technology Corporation v. Monolithic Power Systems Inc.
      C. A. No. 06-476-GMS**

Dear Chief Judge Sleet:

I write on behalf of defendant Monolithic Power Systems ("MPS") to follow up on Your Honor's comments at the close of the jury trial on July 1. At that time, Your Honor indicated that the parties should advise the Court on Monday, July 7 of a proposed briefing schedule for post-trial motion practice.

At this time, MPS believes that entry of judgment may be premature. It is MPS's position that the inequitable conduct affirmative defense should be resolved before judgment is entered on the patent and contract claims. As Your Honor is aware, the Court reserved trial of inequitable conduct to itself. MPS estimates that the trial of inequitable conduct can be conducted over one to two days. Given Your Honor's busy schedule as well as the schedules of the attorneys and witnesses, MPS respectfully asks that the trial be set for some time in mid-September, if that is possible for the Court.

MPS has conferred with Linear. Linear believes that a briefing schedule for post-trial motions can be discussed after judgment is entered. Linear has not taken a position on whether the Court should enter judgment on the other claims prior to resolving the inequitable conduct claim (although MPS believes that FRCP 54 should be considered if the Court is inclined to do so). Similarly, Linear indicated that it will check schedules after the Court proffers a date for the inequitable conduct trial.

Respectfully,

/s/ *Richard L. Horwitz*

Richard L. Horwitz

RLH/msb/872853/30611
cc:   Clerk of the Court (via hand delivery)
      Counsel of Record (via efiling)