# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Karen Jacobs Louden
(302) 351-9227
(302) 425-4681
klouden@mnat.com

July 7, 2008

By E-Filing

The Honorable Gregory M. Sleet
United States District Court
844 N. King Street
Wilmington, DE  19801

       Re:    Linear Technology Corporation v. Monolithic
                Power Systems, Inc., C.A. 06-476 (GMS)

Dear Chief Judge Sleet:

      We write in response to Monolithic's letter of today concerning further proceedings. Unfortunately, Monolithic did not share its letter with Linear prior to filing, notwithstanding that it purports to state Linear's position. Linear does not take a position on the timing of entry of judgment or the scheduling of an inequitable conduct hearing because it believes those issues to be the perogative of the Court. Furthermore, Linear believes that the inequitable conduct hearing should be limited to one day, with the time split equally between the parties, particularly in light of Monolithic's representation at the June 20, 2008 hearing that it could complete its inequitable conduct case in two hours.  (Tr. at 29:1-2).

                                                         Respectfully,

                                                         /s/ Karen Jacobs Louden

                                                         Karen Jacobs Louden

/cbh
cc:     Clerk of the Court (by hand)
          Richard J. Horwitz, Esq. (by email)
          Dean G. Dunlavey, Esq. (by email)
          Claude Stern, Esq. (by email)
          Joel M. Freed, Esq. (by email)
2397735