IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-476-GMS |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| MONOLITHIC POWER SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO REDACT CONFIDENTIAL INFORMATION FROM
PUBLIC VERSIONS OF TRIAL TRANSCRIPTS**

Defendant Monolithic Power Systems, Inc. ("MPS") respectfully moves that the trial transcripts in this matter be redacted to preserve the confidentiality of information contained in the proposed redactions set forth below.[1] A proposed form of Order is attached hereto for the Court's convenience. The grounds for this Motion are the following:

During the jury trial that commenced June 23, 2008 and ended on June 30, 2008 with submission of the case to the jury, testimony containing information confidential to MPS and to a third party, Maxim Integrated Products ("Maxim"), was provided by various witnesses who appeared live and by deposition. The transcripts from the trial were entered on August 11, 2008. *See* D.I. 231, 232, 233, 234, 235, 236. The information MPS seeks to redact relates to the confidential structure and operation of MPS's products and of certain products of Maxim. Redaction of this information from trial transcripts made available to the public through PACER or through request from the Clerk's office is required to ensure that confidentiality of this information is preserved.

---

[1] As indicated on the Docket, the parties' redaction requests are due September 2, 2008.

Specifically, MPS requests that the Court order that the testimony identified below by page and line number be redacted from all public versions of the trial transcripts entered in this matter:

**Day 1 June 23 (D.I. 231):** 13:6-17:12;

**Day 2 June 24 (D.I. 232):** 386:13-398:18; 443:3-447:4;

**Day 3 June 25 (D.I. 233):** 466:7-24; 470:11-472:10; 488:5-500:2; 510:9-511:5; 517:13-22; 539:15-541:17; 570:24-574:18; 575:19-576:25; 577:17-578:7; 589:2-593:15; 596:11-618:16;

**Day 4 June 26 (D.I. 234):** 770:22-774:9; 776:24-778:14; 830:20-833:18; 837:2-842:6; and

**Day 5 June 30 (D.I. 235):** 980:12-982:8; 995:15-19; 1003:21-1004:8; 1006:9-24; 1008:4-1009:21; 1028:3-1029:24.

Pursuant to D. Del. LR 7.1.1, MPS contacted Plaintiff regarding the proposed redactions. As of the time of filing, Plaintiff had indicated that it needed additional time to consider the proposed redactions.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Dean G. Dunlavey<br>Mark D. Kachner<br>LATHAM & WATKINS LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925<br>Tel: (714) 540-1235 | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19889-0951<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Mark A. Flagel<br>Robert Steinberg<br>Sean S. Pak<br>LATHAM & WATKINS LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007<br>Tel: (213) 485-1234 | *Attorneys for Defendant*<br>*Monolithic Power Systems, Inc.* |
| David McKone<br>LATHAM & WATKINS LLP<br>Sears Tower, Suite 5800<br>233 South Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 777-7316 | OF COUNSEL:<br><br>Bruce Zisser<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Tel: (213) 443-3100 |
| Claude M. Stern<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>555 Twin Dolphin Dr., Suite 560<br>Redwood Shores, CA 94065<br>Tel: (650) 801-5000 | Alison E. Monahan<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600 |
| Richard I. Werder, Jr.<br>Eric Huang<br>Carlos A. Rodriguez<br>QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000 | |

Dated: September 2, 2008
880815

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 2, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on September 2, 2008, the attached document was Electronically Mailed to the following person(s):

Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell, LLP
1201 N. Market Street
P. O. Box 1347
Wilmington, DE 19899
klouden@mnat.com

Jimmy Shin
McDermott Will & Emery LLP
3150 Porter Dr.
Palo Alto, CA 94304-1212
jshin@mwe.com

Raphael V. Lupo
Mark G. Davis
Stephen K. Shahida
Joel M. Freed
Natalia V. Blinkova
Matthew G. Cunningham
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005
rlupo@mwe.com
madavis@mwe.com
sshahida@mwe.com
jfreed@mwe.com
nblinkova@mwe.com
mcunningham@mwe.com

Ronald J. Pabis  
Weil Gotshal & Manges  
1300 Eye Street, NW, Suite 900  
Washington, DC 20005  
Ronald.pabis@weil.com

Mark D. Rowland  
Ropes & Gray LLP  
525 University Avenue, Suite 300  
Palo Alto, CA 94301-1917  
mark.rowland@ropesgray.com

By: */s/ David E. Moore*  
    Richard L. Horwitz  
    David E. Moore  
    Hercules Plaza, 6th Floor  
    1313 N. Market Street  
    Wilmington, Delaware 19899-0951  
    (302) 984-6000  
    rhorwitz@potteranderson.com  
    dmoore@potteranderson.com

750219 / 30611

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-476-GMS |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| MONOLITHIC POWER SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

IT IS HEREBY ORDERED THAT the following testimony shall be redacted from all public versions of the trial transcripts entered in this matter:

**Day 1 June 23 (D.I. 231):** 13:6-17:12;

**Day 2 June 24 (D.I. 232):** 386:13-398:18; 443:3-447:4;

**Day 3 June 25 (D.I. 233):** 466:7-24; 470:11-472:10; 488:5-500:2; 510:9-511:5; 517:13-22; 539:15-541:17; 570:24-574:18; 575:19-576:25; 577:17-578:7; 589:2-593:15; 596:11-618:16;

**Day 4 June 26 (D.I. 234):** 770:22-774:9; 776:24-778:14; 830:20-833:18; 837:2-842:6; and

**Day 5 June 30 (D.I. 235):** 980:12-982:8; 995:15-19; 1003:21-1004:8; 1006:9-24; 1008:4-1009:21; 1028:3-1029:24.

Date: _____                                   _____
                                                    Chief Judge Gregory M. Sleet