IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LINEAR TECHNOLOGY CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 06-476 (GMS) ) |
| MONOLITHIC POWER SYSTEMS, INC., | ) ) |
| Defendant. | ) ) ) |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

PLEASE TAKE NOTICE of the change of firm and address for Matthew Cunningham, who has been admitted pro hac vice to represent Plaintiff Linear Technology Corporation in this matter. All other attorneys of record in the case from Morris, Nichols, Arsht & Tunnell LLP and McDermott Will & Emery LLP continue to represent Plaintiff Linear Technology Corporation.

        Matthew Cunningham
        Weil Gotshal & Manges
        1300 Eye Street, NW, Suite 900
        Washington, DC  20005
        (202) 682-7000
        Matthew.Cunningham@weil.com

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ James W. Parrett, Jr.*
        Jack B. Blumenfeld (#1014)
        Karen Jacobs Louden (#2881)
        James W. Parrett, Jr. (#4292)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
        jparrett@mnat.com
        *Attorneys for Plaintiff*
        *Linear Technology Corporation*

OF COUNSEL:

Raphael V. Lupo
Joel M. Freed
MCDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, DC  20005
(202) 756-8000

Ronald Pabis
Matthew G. Cunningham
Weil Gotshal & Manges
1300 Eye Street, NW, Suite 900
Washington, DC  20005
(202) 682-7000

September 8, 2008
2477911

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 8, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Richard L. Horwitz
> POTTER ANDERSON & CORROON LLP

I also certify that copies were caused to be served on September 8, 2008 upon the following in the manner indicated:

**BY HAND & EMAIL**

Richard L. Horwitz
Potter Anderson & Corroon LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

**BY EMAIL**

Dean G. Dunlavey
Mark A. Flagel
Robert Steinberg
Sean Pak
Latham & Watkins LLP
633 West Fifth Street, Ste. 400
Los Angeles, CA 90017

Mark Kachner
Latham & Watkins LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626-1925

David McKone
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago IL 60606

Claude M. Stern
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
Redwood Shores, CA 94065

Richard I. Werder, Jr.
Eric Huang
Carlos A. Rodriguez
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
New York, NY  10010

Bruce Zisser
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
Los Angeles, CA  90017

Alison E. Monahan
QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP
San Francisco, CA  94111

*/s/ James W. Parrett, Jr.*
_____
James W. Parrett, Jr. (#4292)